(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ORIGINAL

Frederick "Wade" K. Brown
(Enter above the full name of the plaintiff in this action)

05-343

V.

Department of Corrections
Warden Thomas Carroll

(Enter above the full name of the defendant(s) in this action

FILED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   Previous lawsuits

  A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]   NO [✓]

  B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.   Parties to this previous lawsuit

  Plaintiffs _____

  _____

  Defendants _____

  _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

X you  A.   Name of Plaintiff _Frederick "Wade" K. Brown_

Address _D.C.C. 1181 Paddock Rd. Smyrna, Del 19977_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.   Defendant _Department of Correction_ is employed as ____

at ____

C.   Additional Defendants _Warden Thomas Carroll_
_DCC 1181 Paddock Rd Smyrna_
_Delaware 19977_

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

✓ over on Paper

On February 26, '05 I was fisically assulted by a Correctional Sergeant Named Terry Williams = I was in Bldg. #18, B-L #12 Cell Talking to "Samantha latin" about me making a Telephone Call on a Saturday Night Because I couldn't get through to me Love ones Because the Prison Phone system was acting up on Friday

-3- Next Page

2. Court (if federal court, name the district; if state court, name the county)

   US DisTricT CourT ~~Sed~~ Delaware

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

   1. What steps did you take? nexp Page

   2. What was the result? no resulT  nexT Page

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F. If your answer is YES,

   1. What steps did you take? LeTTers To Warden Carroll Letters Cap Richardson Letter To Elijbeth

   2. What was the result? noThing all egnored me

## Statment of Claim

This Took Place when I was put in "Protective Custody" On Feb 26 05 I was asking (Officer LaTin) "Female" about getting a Phone Call on saturday night she said no as she walk away I yelled out "That if I was in bldg. 17 I could make That call" Then Officer (Terry) Then got angrey and said I wasn't getting a Fuckin call and I should Lay down and rest my Fucking neck.

I Then ask Officer (Terry) What his name was and That I wanted a greaivance form he egnored me I asked again That's when he got verry angrey Officer (Terry) Told/asked Officer (LaTin) For The Flap Key he opened The Flap To my Cell #12 he Than says "Look Slick This is my house and That your Just a Tenant in it and your nothing but a squral in my world and you better Lay down and rest your Fucking neck because your not getting nothing and if you don't Lay down and shut up I'll come in There and make you rest your Fucking neck. I was not yelling and ask Officer (Terry) again For a greaivance form as he Slamed The Flap closed he egnored me and I called him a Pussy. Officer (Terry) heard This and Told Officer (LaTin) For her raido and comes back To my cell

#2

Statment of Claim

at This point Officer (Terry) calls To open my Cell Door he slams my door open. "Other inmates are watching This whole Thing L8 L7 L6 U8 and others" I move To The rear of my cell in fear of what he may do To me Officer (Terry) orders me To The door which is wide open and no other co.s presant I ask why he gets even more angrey and Pulls out his pepper/mace spray hes so angrey he dropes iT on The floor and That made him even mader he Than says come To The door I comply To his order as he handcuff me behind my back I ask "why and he has no reason To remove me for asking for a greivance I was not kicking Door or any Thing elee" Officer (Terry) didn'T respond Than he yanks up on my cuffs exTreamily violenTly hurTing Both of my wrisT and arms This To was witnessed by other inmates in ProTective Custody he Than orders me To move pushing me Towards The hall To Leave The Tear "18B" Than he says To me ThaT he's ("officer Terry") gonna whoop my ass he slams The door To my cell by This Time everyone on P.C. are waTching
    The first set of doors open exiTing B Tier officer(Terry) grabs me by The shirt and

#3

## Statment of Claim

slams me up in to the windows and my face hits the fraime and this busts my hip open he says that "I shouldn't fuck with him that he wasn't to be fucked with" at this point I fear for my Life another inmate on D Tier hung him self but he only had 2 days Left People say the guards did it no one would know and I was scared for my Life. Officer (Terry) grabs my shirt by the neck Leaving scratches from his fingernails and with the other hand he pulls up on my hand cuffs behind me at this point I see officers (Gonzales and Edge) which neather would stop him They had to see me bleading and that I had no Leg Shackels on he than put me in The barber's room. At this point fearing what was going to happen I steped Through my cuffs and stumbled in to a chair which hit the wall and broke a pice off "plastic" chair officer (Terry & Terhune) heard this and Told me to move back to the wall so they could remove the chair which I did officer (Terry) opened the door officer (Terhone) removed it as they Left the noticed my cuffes were in front of me which I did only to Protect my self I was in fear for my Life I new they can do what they want

# 4

## Statment of Claim

and They have attacked other inmates with no warning (Terry) grabs me by my Throught and slams me agenst The wall and starts hitting me with his fist. "If he had ask me to put The cuff behind me I would had but I was bleading and scared" no one was going To stop him at This point I called him some names and Told him I was going To press charges on him and I want To Talk To a LT he again grabs me by my Throught and again starts punching me in The face Totaly out of control at This point Officer (Terhune) calls officer (Terry) To stop and (Terry) Relaces me and walks out even with other officer watching he was allowed To beat me and I couldnt protect my self, but used my arm's To stop him

At This point I Told officer (JonDoe) That I want To see a LT about 45 mints Later LT (Rispole) and LT (Welcome) came down They asked what happend I Told Them They went To get a camra and a nurse nurse (Betty) exzamed my face. Lt (Rispole) Told The nurse That I "wasnt" beatten by a officer while officer LT (Welcone) Took Pictures of The blood on The walls of The room and Then asked me "if I shit my self"!

# 5

## Statment of Claim

Than Took Pictures of my injuries nurse (betty) checked my Lip To see if I needed stitches also Took picture of my finger nails and cuff That were in front of me They all Leave I still in There in cuffs and no shoues

Officers (Egde) and (Gonzales) come back and give me a write up From Officer (Terry) and Take a written statment while I'm in cuffs which are really hurting at This point They ask if I have any witness I say yes

LT (Rispoli) returns and Tells me he going To Let me Take a shower on C Tier "The hole" he ask me if I have ever been in The hole I said no he said There a First Time for every Thing and laffed

officer (Gonzalea) and LT (welcome) Take me To C Tieav I Tell Them I'll Kill my self if They put me in There he egnored me They goT me shower shoes soap and a wash cloth but no Towl so I didn't Take a shower no way To dry off

officer (Gonzalez) and LT (Rispli) removed me from The shower I Told him I'd Kill my self if he put me in The hole and That (Terry) aTTacked me for no reason and I want To press charges