# 6

Statment of Claim

They egnored me we got to the Cell on C Tier "The Hole" and the told me to remove all my clothes They close the door my Flap opens and LT (Welcorn) hands me a writeup and ask how do I Plea I said not guilyy They Leave and Later bring me a blanket and a sheet They Took my sneakers also ( ) night later I Tried to kill my self by making a rope and Tieing it to the vent office Gonzales see me and says That wont work I Tell him ill keep Trying. Then They move me to infermary I walked from There to infermay without shoe's in the infermary They strip me and place me in suicide watch some Time on the (2·28·05) LT Porter came to see me said That I was to go back to Protective Coustody because of The "rape" charges That I wanted placed on ( ) and it was under investagation. I Told (Porter) about Terry That I feard he would attack me again and I wanted to press charges on (officer Terry) for excessive force, abuse he had no right to remove me from my Cell and attack me Like he did expecially by him self and no one stoped his attack's

7

Statment of Claim

LT PorTer said I should inform internal affairs.

After leaving infermary I went back To 18 B L11 ProTective CosTody on march 9 05 had hearing on possession of dangrous contraband. I didn'T have a sTinger yet I was found quily They gave me 5 days CTQ my second Displinary hearing delT with The attack which (officer Terry) said I attacked him, he has no right To make me Lie on my bed or sTop me from asking quesTons, or refusing me his name for a greavance I Told Them. and (officer Terry) attacked me by yanking The cuffs and slaming me inTo The windows and punching me in The face I was cooperating Told Them I had witnesses and and This was verbal abuse and Physical abuse as well agenst Prison Rules for removing an inmate in The SHU and Terry had done This in anger, I Told Them I had puT in a greavance on (officer Terry) for abuse yet iT was marked "non greavancable" I Told Them (officer LT/Savage) ThaT I Plea (noT quilty) and whaT They Terry and others was noT True I should noT have been removed from my cell. and They Refused my request for witnesses To be present!

8

Statment of Claim

on 4 13 05 (LT Welcom) gave me a hearing a repeat as the one with LT Savage) he asked for witness I told him. Told him I Plea "not guilty" 3 or 4 Day Later LT welcom returns with signature list saying that my hearing papers were lost as I spent time in the "hole" without a hearing or "witness" as is this is where iT stands "no action" on (officer Terry) he still comes on the tear no one has investagated this abuse as well as other abuses that take place in "PC" we get no Reglous Services no reading materal no mop to clean our cell or soap to use to clean our cell only get out 3 45 min's a week greivances are egnored

I have a investagation on a sexual assult that happend befor I came to "pc" and nothing has been done on that either and has not been resoulved

What Steps did you Take

(A) There were co presant during The attack
1. officer LaTinn
2. officer Gonzales
3. officer Edge
4. officer Terhone
5. LT Rispli } were presant after
6. LT Welcom· } The attack
7. nurse Betty

no one would listen To me or ask why I was removed from The Tear attacks happen a lot This is The Third attack in "PC" within mounths

8. I Put in a greivance
9. I Told doctors in The infermary
10.
11.
12.

(B) on The rape/sexual assulat nothing was done I contacted
1. guards on duty
2. greavances
3. Internal affairs
4. Doctors and nurses
5.

What was The result

1. nothing was Done
2. They refused my witness
3. They refused my greavances
4. All guards and officer and LT egnored They know I can't win no camrias with video
5. Im still in danger from officer Terry and nothing is done by noone

on The Sexual Assult nothing is done

1. Internal affairs have done nothing
2. Letter To State Police was egnored
3. no responce from ATTerney Genral office
4. no responce from Letters To wardon
5. no responce from greavances
6. no responce from Letters To Cap Elijbelt

I have copys of all Letters and greavances

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I ask That invesTagation of The aTTack PuniTave damages MenTal and Physical damages which I unshour of aT This PoinT moniTary Relife undeTermind amounT I ask The courT To AppoinT counsel To help me

Signed this 18 day of May, 2005

_____
(Signature of Plaintiff)
Frederick Wade R. Brown

I declare under penalty of perjury that the foregoing is true and correct.

X

May-18-05
Date

Frederick Wade R. Brown
(Signature of Plaintiff)

I/M Frederick White R. Brown
SBI# 305890 UNIT Bldg 18-15, L#11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
J. Caleb Boggs Federal Bldg
Lock Box 18
844 N. King Street
3 Wilmington, Delaware
19801