# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-343

TO: _Friderich Brown_   SBI#: _305890_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _April 11, 2005_

FILED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _October 1, 2004_ to _March 31, 2005_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 5.11 |
| Nov | 18.45 |
| Dec | 45.69 |
| Jan | 9.90 |
| Feb | 27.14 |
| March | 43.30 |

Average daily balances/6 months: _24.93_

Attachments
CC: File

_Stacy Shane_
4/11/05

_[signature]_
Notary public
4/12/05

# Individual Statement

Date Printed: 4/7/2005 | | | | | Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $48.05 |
|---|---|---|---|---|---|---|
| 00305890 | Brown | Frederick | | | | |

Current Location: SU/1    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/22/2005 | ($9.58) | $0.00 | $0.00 | $38.47 | 83604 | | | |
| Canteen | 3/29/2005 | ($17.17) | $0.00 | $0.00 | $21.30 | 86694 | | | |

Ending Mth Balance: $21.30

# Individual Statement

## For Month of February 2005

Date Printed: 4/7/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.09 |
|---|---|---|---|---|---|---|
| 00305890 | Brown | Frederick | | | | |

Current Location: SU/1     Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/10/2005 | $20.00 | $0.00 | $0.00 | $20.09 | 67084 | | | |
| Canteen | 2/15/2005 | ($9.06) | $0.00 | $0.00 | $11.03 | 69169 | | | |
| Mail | 2/17/2005 | $47.00 | $0.00 | $0.00 | $58.03 | 70142 | 45097434164 | | GERTRUDE |
| Canteen | 2/23/2005 | ($9.98) | $0.00 | $0.00 | $48.05 | 72934 | 4536581567 | | A BROWN |

Ending Mth Balance: $48.05

# Individual Statement

## For Month of January 2005

Date Printed: 4/7/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $57.91 |
|---|---|---|---|---|---|---|
| 00305890 | Brown | Frederick | | | | |

Current Location: SU/1

Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2005 | ($49.11) | $0.00 | $0.00 | $8.80 | 52095 | | | |
| Canteen | 1/19/2005 | ($8.71) | $0.00 | $0.00 | $0.09 | 58121 | | | |

Ending Mth Balance: $0.09

# Individual Statement

## For Month of December 2004

Date Printed: 4/7/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $44.33 |
|---|---|---|---|---|---|---|
| 00305890 | Brown | Frederick | | | | |
| Current Location: | SU/1 | | Comments: | QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 12/2/2004 | ($0.37) | $0.00 | $0.00 | $43.96 | 39488 | | | |
| Canteen | 12/7/2004 | ($9.86) | $0.00 | $0.00 | $34.10 | 40779 | | | |
| Mail | 12/20/2004 | $38.00 | $0.00 | $0.00 | $72.10 | 45625 | 120198483 | DST/POSTAGE | M BROWN |
| Canteen | 12/21/2004 | ($14.19) | $0.00 | $0.00 | $57.91 | 46417 | | | |

Ending Mth Balance: $57.91

# Individual Statement

## For Month of November 2004

Date Printed: 4/7/2005  Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00305890 | Brown | Frederick | | | | |

Current Location: SU/1   Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/1/2004 | $30.00 | $0.00 | $0.00 | $30.00 | 27456 | 9262003036441978 | | M.LLOYD |
| Canteen | 11/9/2004 | ($9.76) | $0.00 | $0.00 | $20.24 | 30030 | | | |
| Medical | 11/9/2004 | ($6.04) | $0.00 | $0.00 | $14.20 | 30526 | | | 9-29-04 |
| Canteen | 11/23/2004 | ($9.87) | $0.00 | $0.00 | $4.33 | 35271 | | | |
| Mail | 11/29/2004 | $40.00 | $0.00 | $0.00 | $44.33 | 37033 | 4492048951-1186 | | J BROWN |

Ending Mth Balance: $44.33

# Individual Statement

## For Month of October 2004

Date Printed: 4/7/2005    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00305890 | Brown | Frederick | | | $11.74 |

Current Location: SU/1    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/13/2004 | ($9.78) | $0.00 | $0.00 | $1.96 | 19433 | | | |
| Medical | 10/22/2004 | $0.00 | ($8.00) | $0.00 | $1.96 | 23687 | | | 9-29-04 |
| Medical | 10/22/2004 | ($1.96) | ($6.04) | $0.00 | $0.00 | 23890 | | | 9-29-04 |

Ending Mth Balance: $0.00