In The US District Court of The
State of Delaware

Fedrick Wade Brown

v.                                    Civ no    05-343

Department of Correcton

Wardon Thomas Caroll

FILED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF DE

Please Take Notice That This Motion To Appoint Councel Be Presented To The Honorable Court

I Fredrick Wade Brown Request The Honorable Court To Appoint Counsel To Represent me For The Fallowing Reasons

I Am incarseated at DCC in Smyrna

I Am restricted from The Law Library

I do not have Knolage of The Law

For These reasons I can not Properly Persue my Case

Date May 18-05

Sign Fredrick W. Brown
SBI 305890
Address 1181 Paddock Rd
Smyrna, Delaware
19977