To The Honorable Court          05-343

As To The Filing of This 42 USC § 1983 involving Wade Fred Brown who Lacks The Knolage of The Law and who was Attacked with excesive force by a guard which I witnessed and I as a pro se Litigant in a 42 USC § 1983 civ no 05-084-JJF case no 1:05-cv 84 Pepper v Caroll et al and Department of Correction which is pending and includes Two other immates That were attacked. Mr Brown asked me To help him in his Filing he as I do fear from reTailation from Prison officals but can not accept This Treatment. He as I Am on a Protective Custody Tier. He as I Am being denied Privlages Reqlious Services reading maTeral as well Restrictions To The Law library which makes iT impossible To persue This Litigation properley

Mr Brown has assured me That everyThing is True and signed accordinly

Mr Brown ask The Honorable Court To Appoint counsel To help him in his case

FILED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RespecTfully
monTy C Pepper