IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Frederick Wade h. Brown

        APPELLANT,                      §
                                        §
                                        §
    v.                                  §
                                        §       CIVIL ACTION NO. 05-343-SLR
Department of Corrections               §
And Warden Thomas Carroll               §
        APPELLEE.                       §

FILED

JUN 27 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant,                              , pro se,
and moves this Honorable Court for Appointment of Counsel, to
represent appellant.

In support of this Motion appellant states that the following
is true and correct, to the best of his knowledge and belief:

1.    Appellant is incarcerated.

2.    Appellant is unskilled in the law.

3.    The administration at the Delaware Correctional Center
where the appellant is held limits the days and times that
appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of
justice" in this case.

        WHEREFORE, appellant prays this Honorable Court appoint
counsel to represent the appellant.

DATE: 6.23.05                    Frederick Wade h. Brown

                                 Delaware Corr. Center
                                 Smyrna, DE  19977





I/M Frederick Whale Banks

SBI# 205890    UNIT Bldg #23-D, 4

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977

Clerk U. S. District Court

J. Caleb Boggs Federal Building

Lock Box 18    844 N. King Street

Wilmington, Delaware

19801

