In The United States District Court
For The State of Delaware

Frederick Wade K. Brown : PLAINTIFF's
     PLAINTIFF         : FIRST REQUEST
        V.             : For Production of Documents
Warden Tomas Carroll   :
     DEFENDANT         : CIVIL ACTION No. 1:05-CV-343



FILED
JUL -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant To Rule 34 of The Federal Rules of Civil Procedure, PLAINTIFF Request That Defendant [WARDEN Tomas Carroll] Produce for INSPECTION and COPYING The Following Documents:

1) The Complete Prison Records of all PLAINTIFF's At D.C.C.

2) All written statements, Originals or Copies, Identifiable As Records about The Incidents on February 19th & February 26, Of 2005, Made by Prison and CIVILIAN Employees' or The Department of Correction's and of my witnesses.

3) Copies of Any and All Medical Records of PLAINTIFF Form The Time Of His Incarceration In Delaware Correctional Center Through and Including The Date of your Response To This Request.

4) Any And All Rules, Regulation's and Policies of The Delaware Correctional Center or The Delaware Department of Correction's About treatment of Prisoner's with Diabetes.

Date: 7/4/05
Signed: Frederick Wade K. Brown





RECEIVED
JUL - 7 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE




WILMINGTON DE 198
PM 06 JUL 2005

I/M Frederick Woods K. Brown
SBI# 305870  UNIT Bldg #23 D, L4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Judge
Judge L. Robinson, U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18  844 N. King St
Wilmington, Delaware
19801



U.S.M.S
X-RAY