IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FREDERICK WADE K. BROWN, )
)
    Plaintiff, )
)
v. ) Civ. No. 05-343-SLR
)
DEPARTMENT OF CORRECTIONS, )
and WARDEN THOMAS CARROLL, )
)
    Defendants. )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 13, 2005, this Court entered an order requiring plaintiff to file within thirty (30) days from the date the order was sent, a request to proceed in forma pauperis, or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required document has not been received from the plaintiff;

THEREFORE, at Wilmington this 8th day of August, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the $250.00 filing fee.

                                                    _____
                                                    United States District Judge