Date 08-13-05
05-343(SLR)

Dear Judge;

I would like to make amends or change the Complaint to fix it sent you've Dismissed it. As the Court knows I am an indigent inmate that does Not Know the Law; thats why I have been Asking For Appointment of Counsel. And that's why the Paper didn't get Signed in Time.

Sincerely
Frederick "Wade" L. Brown
Sbi #305890 Bldg: #23D; #1

SUE L. ROBINSON
U.S. DISTRICT JUDGE
AUG 17 2005
FILED



IM Frederick W. Brown
SBI# 305890    UNIT 23 D, U11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Judge Sue L. Robinson
Office of the Clerk United States
District Court 844 N. King St.
Lockbox #18 Wilmington Delaware
19801-3570



U.S.M.S.
X-RAY