IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FREDERICK WADE K. BROWN, )
)
      Plaintiff, )
)
  v. ) Civ. No. 05-343-SLR
)
DEPARTMENT OF CORRECTIONS, )
and WARDEN THOMAS CARROLL, )
)
      Defendants. )

**O R D E R**

At Wilmington this 24th day of August, 2005, having considered plaintiff's motion for reconsideration of the court's order dismissing his case for failure to submit the required in forma pauperis form;

IT IS ORDERED that:

1. Said motion (D.I. 9) is **granted**.

2. The Clerk of Court is directed to reopen plaintiff's case.

3. Plaintiff is required to file a request to proceed in forma pauperis by **September 29, 2005**.

4. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED FORM BY SEPTEMBER 29, 2005 SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

                                                                    _____
                                                              United States District Judge