Dear Judge Robinson;                    05-343 (SLR)

I'm Mailing You My Forma Pauperis Forma
And a Copy of Some of My agrievances
Froms that the Prison abrievance Committee
Made Non-Grievable, I'm also sending You
Copice of the letter's I've Written to the Staff
(Internal affias)(Warden thomas Carvell)(Attorney
General's office) @ the Dove Delawar State Police).

Judge Robinson I'm asking you to Please
apoint Me a Law binding attorney to Help
Me to reseive Copies of my Prison Medical
Record's that's apart of this Law Sult,
the only way I will Reseive those Copies is
thew the Court's; that's has Facts that I
Have Been (Phisically INJured) @ (Sexually Injure)
and the Prison here will Not give me Copice
Of my Medicall Record's. my witnerss to
the Phisicall assult "Monty Pepper SBI 156920"
He's Still in Protective Custody and Filing
A Cinel Sult of his own. I Need your Help
To Reseive My Medical record's and to
the Medicual Copies Done.

                        Sincerely
                        Frederick Wade K Brown
                        SBI 305890

FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE