FORM #584

## GRIEVANCE FORM

STAFF COPY

FACILITY: DCC

DATE: 4-11-05

GRIEVANT'S NAME: Frederick Brown

SBI#: 305890

CASE#: 160000

TIME OF INCIDENT: _____

HOUSING UNIT: Bldg #18, B-lower #11

FILED SEP - 6 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On February #18 or #19 Because I'm Not sure of The exact date "But" I written A Grievance on The Prison system For what Happen To me In Bldg #21 D-Upper #9, I've written The Action That Happen to me And Handed To Sergeant Beckles To Put in the Grievance Box on D-Tier. I Also written The Name of The Inmate That sexually Assulted me, I Also stated To Joseph Richardson That I wanted Charge'st To Be Press or filed on This Inmate. I've Haven't seen or Heard Any Resault's of Charge'st Being Filed on The Inmate.

ACTION REQUESTED BY GRIEVANT: I want charge'st to Be Filed on This Inmate as Soon as Possible And to see or Hear Some Resaults Being Done For Joseph Richardson to Get or Respond Back With me As Soon As Possible

GRIEVANT'S SIGNATURE: Frederick Brown

DATE: 4-11-05

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES)  ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____

DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
APR 1 8 2005
Inmate Grievance Office

April '97 REV

FORM #584

## GRIEVANCE FORM

*3/3/05*  *Inmate Copy*

FACILITY: D-CC    DATE: ~~March 05~~ March 2, 05

GRIEVANT'S NAME: Frederick W. Brown    SBI#: 305890

CASE#: 12601    TIME OF INCIDENT: 8:09 pm – 10:00 pm

HOUSING UNIT: Bldg #18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Feb 26, 05 I Frederick W. Brown was Fisically assulted By S/ terry williams. I did do anything to he fisically to make him assult me. I only called S/ terry williams a pussy Behind my cell door, he then told the common post to chack my cell door, S/ williams told me to come to the cell door so that he could handcuffs me behind my Back. he took me off the tier and Fisically assulted me by throwing me up against the Plasic Glass window while I'm still in Handcuffs. I Did "not" assult S/ terry williams "fisically" at all But By Mouth only.

ACTION REQUESTED BY GRIEVANT: I do want to fail suit charges on S/ terry williams and I would like to be a on going Investigation...

GRIEVANT'S SIGNATURE: Frederick W. Brown    DATE: ~~March 05~~ March 2, 05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[...]

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAR 0 7 2005
Inmate Grievance Office

(STAFF COPY ONLY)

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.

DATE: 4-10-05

GRIEVANT'S NAME: Frederick Brown

SBI#: 305880

CASE#: 14207

TIME OF INCIDENT:

HOUSING UNIT: ~~Bldg #18 Pod~~ -11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON February 26, 05 I Toll L.T. Welcome That I Wanted To File Charge'st ON Correctional Sergeant terry Williams For assulting Me On That Day, I see No Charge'st Has been Press on Correctional Sergeant Terry Williams From That Day of The Assult on Me. I'm Wondering Why Hasn't there been Charge'st Pressed or Filed on Correctional Sergeant Terry Williams?...

ACTION REQUESTED BY GRIEVANT: I Feel that my Life is in Danger Within The D.C.C. Institution And I'm Asking To Be Transfered to Howard R. Young Correctional center, I want this To Be Investigated Because L.t. Welcome did Take photo's of my Injuries That Took Place that DAY.

GRIEVANT'S SIGNATURE: Frederick Brown    DATE: 4-10-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
APR 1 1 2005
Inmate Grievance Office

April '97 REV

FORM #584

GRIEVANCE FORM

*5/3/03* Inmate Copy

FACILITY: D.C.C.  DATE: 3-27-05

GRIEVANT'S NAME: Frederick W. Brown  SBI#: 305890

CASE#: 13157  TIME OF INCIDENT: _____

HOUSING UNIT: Bldg #18, B-lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On February 26, 05. I told Lt. Wellcome that I wanted to File Charges on Correctional Sargent Terry William's For assulting me on that day. I see no Chargest has been Puss on Correctional Sargent Terry William's From That day of My assult and I'm wondering why hasn't there Been Chargest Filed or Pressed on Correctional Sargent Terry William's.

ACTION REQUESTED BY GRIEVANT: I want this to Be Investigated Because Lt. Wellcome Did take photo pictures of my Injuries that took Place That Exact Day.

GRIEVANT'S SIGNATURE: Frederick W. Brown  DATE: 3-27-05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
MAR 2 8 2005
Inmate Grievance Office

April '97 REV

FORM #584

**GRIEVANCE FORM**

Duplicate Copy

FACILITY: D.C.C.  DATE: 4-7-05

GRIEVANT'S NAME: Frederick W Brown  SBI#: 305890

CASE#: 14206  TIME OF INCIDENT: ___

HOUSING UNIT: Bldg #18, B-Lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On February 18th or 19th Because I'm Not sure of the exact date. But I've written a Grievance on the Prison System for what Happen to me in Bldg #21 D-11-#9, I've written the action that Happen and written the Name of the Deffendant (Robert Chapman). I've stated to Joseph Richardson that I wanted Charge's to Be filed on him and I've seen Know Resaults of Charge's Being filed on the Deffendant (Robert Chapman)?...

ACTION REQUESTED BY GRIEVANT: I want Charge's to Be filed on Robert Chapman as Soon as Possible and to See Some Resaults Being Done.

GRIEVANT'S SIGNATURE: Frederick Brown  DATE: 4-7-05

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___  DATE: ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
APR 11 2005
Inmate Grievance Office

April 7, [illegible]

(Copy)

Dear State Police;

I'm an INMATE at the Delaware Correctional Center. I'm also a victim of rape within The Prison system. I wish to file rape charge's on a Nother INMATE Name Robert chapman. I've made it totaly clear to The Correctional officer's as well as to Norse "Becky" who've did the AmzANMENATION on Me & To The Correctional PrivENT Investigator "Joseph Richardson" that I wanted Charge's to be Filed "But" No charge's where Filed on Robert Chapman and no state Police officer's where brought in from the outside for me to TAlk To or File street charge's on This INMATE, The Prison Facility Know's that they will be Heald accountable For what Have HAPPEN To Me. State office rape is rape And My Right's where Violated within The Correctional Facility, and I want charge's to Be Filed on Robert Chapman For raping me. Please Come IN This Facility, I Need your Help!...

Signature by
INMATE Frederick N. Brown
SBI # 305890
BU: "18 B-L" 11

2 of 2



Dear Joe Richardson,

I'm Frederick W. Brown SBI #305890 Bldg #18, B-L #11, Your doing a Prison Rape Investegation on me and the boy Robert Chapman. Now what I would like to know is what was there charges Put on Robert Chapman for Rapeing me "or" for the ok on Nother Inmate?... Mr. Richardson Me & My Family Member's would like to know if charges have been file on this Preson, and if not why hasint there been charges file on the Inmate Named Robert Chapman?....

Please Response Back to this letter Soon as Possible

Signature by
Frederick W. Brown
SBI 305890 Bldg #18, B-L 11

Date issue 4-8-05

2 OF 2
TO 2

Date Sent
4-9-05    (Copy)

Dear Warden Carroll;

I'm Frederick Brown SBI #305390 Bldg #18, B-L-#11. Have wrotten a letter to Joe Richardson and didn't get a Response back from him about the Prison Rape Investigation on Me and the Boy Robert Chapman or Rather saying Between Me and Inmate Robert Chapman. Warden Carroll My Family and I would like to know if there was Charge's Filed on the other Inmate Name Chapman; if not then why hasn't there been Rape Charge's put on this Inmate Named Robert Chapman for the Feb, 18th of 2005 Prison Rape of me?...

Please Response Back to this letter sooner as Possible.

From Mr. Frederick W. Brown
SBI 305390 Bldg #18 B-L-#11

2 of 2


(Copy)

Dear Attorney General's Office

I'm an Inmate at the Delaware Correctional Center. I'm also a Victim of Rape within the Prison System. I want to File Rape charge's on a Nother Inmate Name Robert Chapman. I've Made it totally Clear to the Correctional Officer's as well as to Nurse Becky who did the Argumenation on Me & to the Correction's Privent Investigator "Joseph Richardson" that I wanted Charge's to be Filed "But" No Charge's where Filed on Robert Chapman and no State Police where brough in From the outside For me to Talk to or File Street charge's on this Prison Because they know that the Prison will be Heald accountable For what have happen to Me, Rape is Rape and my 8th amendment Rights where Violated within the Correctional Facility and I want Charge's to be Filed on Robert Chapman.

Signature
Inmate _____
SBI # 305890
BLDG 18 B-L-11

Copy

April 24, 05

Dear Joe Richardson,

On Feb: 26 I was Fisically Assaulted By A or one of your correctional officer's. I've written you twice on two defferent types of assult's and gotten no answer's or an response back from you on these February assult's on me. I've written the Warden Tomas Carroll about February assult on me that tooken place within this facility (D.C.C.). I've informed him that I've written you two letter's and gotten no response from you about these two February prison assult's. I would also like to be Removed from Protected Custody so that I can go to the mental health unit in the. I trully don't feel safe in Bldg #20 Because of my fisecally or fisicall assult within Bldg #20 while on P/C. I know that the prison facility do not wish to want to move me back in Bldg #24, I would feel abt safere within the Mental Health Unit then on P/C and Mental Health is waitin. for my Discharge off P/C so that I can bee Place in the SHU unit –