305890
#23

AO 240 (DELAWARE REV 7/00)

RECEIVED-D.C.C.

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

AUG 2 4 2005

Foderickwade K. Brown
    Plaintiff

SUPPORT SERVICES MANAGER

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

Department of Corrections
Warden Thomas carroll
    Defendant(s)

CASE NUMBER: 05-343 (SLR)

I, Frederick wade K Brown _____ declare that I am the (check appropriate box)
☑ **Petitioner/Plaintiff/Movant**    ☐ **Other** in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am
unable to pay the costs of these proceedings and that I am entitled to the relief sought in the
complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury.

1.    Are you currently incarcerated?  ☑ Yes  ☐ No  (If "No" go to Question 2)

      If "YES" state the place of your incarceration ~~Place~~
      Delaware Correctional Center
      Are you employed at the institution?  ☐ Yes  ☑ No

      Do you receive any payment from the institution?  ☐ Yes  ☑ No

FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED-D.C.C.

AUG 2 4 2005

SUPPORT SERVICES MANAGER

*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the
institution(s) of your incarceration showing at least the past SIX months' transactions.   Ledger
sheets are not required for cases filed pursuant to 28:USC §2254.*

2.    Are you currently employed?  ☐ Yes  ☑ No

      a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and
      give the name and address of your employer.

      b. If the answer is "NO" state the date of your last employment, the amount of your take-home
      salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

|   |   |   |   |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other sources | ☑ Yes | ☐ No |

      If the answer to any of the above is "YES" describe each source of money and state the amount
      received AND what you expect you will continue to receive. Mother & Grandmother