OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 9, 2005

TO: Frederick Wade K. Brown
SBI #305890
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Application to Proceed without Prepayment of Fees - Deficiency - CA 05-343 SLR**

Dear Mr. Brown:

We are returning a copy of your partial application to proceed without prepayment of fees. Only the first page of the 2 page form was submitted to this office.

On 6/13/05, the Court issued an order requiring submission of the pauper application. On 8/9/05, the Court dismissed your complaint for failure to comply with the 6/13/05 order.

On 8/17/05 you filed a letter Motion for Reconsideration, which was granted by order of the Court on 8/24/05. You were given until 9/29/05 to provide a request to proceed in forma pauperis (Application to Proceed Without Prepayment of Fees). We received your incomplete single page application on 9/5/05.

Please complete the entire attached form and return it to the Clerk's Office for processing by 9/29/05. Additional forms are available at the legal library of the institution. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson, CA 05-343 SLR



305890
#23

12

AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Frederickwate K. Brown
Plaintiff

v.

Department of Corrections
Warden Thomas Carroll
Defendant(s)

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 05-343 (SLR)

RECEIVED-D.C.C.
AUG 2 4 2005
SUPPORT SERVICES MANAGER

FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED-D.C.C.
AUG 2 4 2005
SUPPORT SERVICES MANAGER

I, Frederick wake B Brown, declare that I am the (check appropriate box)
☑ Petitioner/Plaintiff/Movant  ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration
   Delaware Correctional Center
   Are you employed at the institution? ☐ Yes ☑ No
   Do you receive any payment from the institution? ☐ Yes ☑ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes ☑ No |
   | e. | Gifts or inheritances | ☐ Yes ☑ No |
   | f. | Any other sources | ☑ Yes ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Mother & Grandmother



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FREDERICK WADE K. BROWN,            )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civ. No. 05-343-SLR
                                    )
DEPARTMENT OF CORRECTIONS,          )
and WARDEN THOMAS CARROLL,          )
                                    )
        Defendants.                 )

O R D E R

At Wilmington this 24th day of August, 2005, having considered plaintiff's motion for reconsideration of the court's order dismissing his case for failure to submit the required in forma pauperis form;

IT IS ORDERED that:

1. Said motion (D.I. 9) is **granted**.

2. The Clerk of Court is directed to reopen plaintiff's case.

3. Plaintiff is required to file a request to proceed in forma pauperis by **September 29, 2005**.

4. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED FORM BY SEPTEMBER 29, 2005 SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

_____
United States District Judge

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

_____
Plaintiff
V.
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, _____ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):** _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed? ☐ Yes ☐ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment ☐ Yes ☐ No
    b. Rent payments, interest or dividends ☐ Yes ☐ No
    c. Pensions, annuities or life insurance payments ☐ Yes ☐ No
    d. Disability or workers compensation payments ☐ Yes ☐ No
    e. Gifts or inheritances ☐ Yes ☐ No
    f. Any other sources ☐ Yes ☐ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☐ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☐ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:05-cv-00343-SLR
Internal Use Only

Brown v. Department of Corrections et al
Assigned to: Honorable Sue L. Robinson
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/27/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

Frederick Wade K. Brown         represented by   Frederick Wade K. Brown
                                                 SBI #305890
                                                 Delaware Correctional Center
                                                 1181 Paddock Rd.
                                                 Smyrna, DE 19977
                                                 PRO SE

V.

**Defendant**

Department of Corrections

**Defendant**

Wardon Thomas Carroll

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2005 | 1 | COMPLAINT filed pursuant to 42:1983 against Department of Corrections, Thomas Carroll - filed by Frederick Wade K. Brown. (Attachments: # 1 Part 2 of 2 of Complaint)(mwm, ) (Entered: 06/01/2005) |
| 05/27/2005 | 2 | Financial Statement filed by Frederick Wade K. Brown (mwm, ) (Entered: 06/01/2005) |
| 05/27/2005 | 3 | MOTION to Appoint Counsel - filed by Frederick Wade K. Brown. (mwm, ) (Entered: 06/01/2005) |
| 05/27/2005 | 4 | Letter to Court from Monty C. Pepper regarding being a witness to the abuse of Pltf. (mwm, ) (Entered: 06/01/2005) |
| 06/08/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 06/08/2005) |
| 06/13/2005 | 5 | ORDER; Filing Fee of $250.00 Assessed. Plaintiff requested to submit IFP application. Failure to submit items within 30 days will result in |

|            |      | dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 7/13/2005.. Signed by Judge Sue L. Robinson on 6/13/05. (fmt, ) (Entered: 06/13/2005) |
|------------|------|---|
| 06/27/2005 | 6    | MOTION to Appoint Counsel - filed by Frederick Wade K. Brown. (fmt, ) (Entered: 06/28/2005) |
| 07/07/2005 | 7    | First REQUEST for Production of Documents by Frederick Wade K. Brown.(fmt, ) (Entered: 07/11/2005) |
| 08/09/2005 | 8    | ORDER dismissing complaint without prejudice; required document has not been received from the Plaintiff; Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee. (Copy to pltf.). Signed by Judge Sue L. Robinson on 8/8/05. (fmt, ) (Entered: 08/09/2005) |
| 08/10/2005 |      | CASE CLOSED (rld, ) (Entered: 08/10/2005) |
| 08/17/2005 | 9    | LETTER/MOTION for Reconsideration - filed by Frederick Wade K. Brown. (fmt, ) (Entered: 08/23/2005) |
| 08/23/2005 |      | ***Case Reopened (fmt, ) (Entered: 08/23/2005) |
| 08/25/2005 | 10   | ORDER granting 9 Motion for Reconsideration; Clerk of Court directed to reopen case; pltf. required to file by 9/29/05 a req. to proceed IFP; failure to timely file this request shall result in dismissal of this action without prejudice. Signed by Judge Sue L. Robinson on 8/24/05. (rld, ) (Entered: 08/25/2005) |
| 09/06/2005 | 11   | LETTER/ MOTION to Appoint Counsel enclosing grievance forms and letters - filed by Frederick Wade K. Brown. (Attachments: # 1 Grievances and Letters)(fmt, ) (Entered: 09/08/2005) |
| 09/06/2005 | 12   | MOTION for Leave to Proceed in forma pauperis - filed by Frederick Wade K. Brown. (fmt, ) (Entered: 09/08/2005) |