IN The United states District Court
For the State of Delaware

- - - - - - - - - - - - - - - -

Frederick Wade K. Brown : PLAINTIFF's
          PLAINTIFF
              v.                    : First Request
1) Department of Correction's : For Production of Documents
2) "Warden" Thomas Carroll : CIVIL ACTION No. 1:05-CV-343
3) ~~Correctional Medical Services~~ :
              DEFENDENT

Pursuant To Rule #34 of The Federal Rule's of Civil Procedure
PLAINTIFF Request That Defendent's the "Warden" Thomas
Carroll, Department of Correction's & Correctional Medical
Service's, Produce for INSPECTION and Copy The Following
Document's:

1) Copies of my Medical Records from Febuary 18 and 26
   August 29th of 05 That Applie To My or This "CIVIL ACTION"
2) ANY AND all Rule's, Regulations, and Policies of the Delaware
   Correctional Center or The Delaware Department of correction's
   About Treatment of Prisoner's With ~~Diseases~~ MENTAI disAbiliTys
3) To HAVE Al Writen Copies's of my letter's Copy By The
   Prison Law Library.
4) ACCESS To TAb oFF pages to my medical File
5) I want To HAVE A Jury Demand

Date: 9-12-05
SIGNED: Frederick W. Brown

FILED

SEP 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Frederick Wake R. Brown
SBI# 363810    UNIT 893-D, 811
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 196
PM
14 SEP
2005

Peter t. Dulles "Clerk of the Court"
U.S. District Court
Lockbox #18 844 N. King Street
Wilmington, Delaware
19801