In The United States District Court For The
State Of Delaware

Frederick Wade K. Brown : Plaintiff's
v : First Request
Department of Corrections : For Production of Documents
And Warden Thomas Carroll : Civil Action No. 1:05-CV-343
_____Defendant_____ :

FILED
SEP 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to Rule #34 of the Federal Rule of Civil Procedure Plaintiff Request That Defendant Thomas Carroll, Department of Correction's, D.C.C. Law Library, Correctional Medical Services, Produce for Inspection and Copy The Following Documents:

1) Copies of my Medical Records from February 18 and 26 August 29 of 05 That Applie To My on This "Civil Action"
2) Copies of all Rule's, Regulations, and Policies of The Delaware About Treatment of Prisoners with Mental disability's
3) To Have All Written Copies of my letters Copy By The Prison Law Library.
4) Access To Tab Off Pages To My Medical File
5) For My First Request To Be Answer within One To Two Week's after This Document Is Seen after It's Read...

Date: 9-23-05
Signature: Frederick Brown