OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 17, 2005

TO: Frederick Wade K. Brown
    SBI #305890
    Delaware Correctional Center
    1181 Paddock Rd.
    Smyrna, DE 19977

*RE*: **Return of Documents for Original Signature; 05-343(SLR)**

Dear Mr. Brown:

In order for your documents to be acceptable for filing, they **must have an original signature on the last page of the document.**

Your corrected filing, which should include an original signature, should be sent to this office for processing.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson