EXIBT A   Date Sent
4-9-05
(Copy)
05-343(SLR)

Dear Warden Carroll;

I'm Frederick Brown SBI #305890 B/dg #18, B-L #11, Have written a letter to Joe Richardson And didn't get a Response back from him about the Prison Rape Investigation on Me and the Boy Robert Chapman or Rather saying <u>Between me and Inmate Robert Chapman</u>. Warden Carroll My Family and I would like to know if there was Charge'st filed on the Other In'Mate Named Chapman?, if Not then why hasn't there been Rape Charge'st put on this In'Mate Named Robert Chapman for the Feb, 18th of 2005 Prison Rape of me?...

Please Response back to this Letter soon as Possible...!

Sign by Fm Frederick W. Brown
SBI 305890, Bldg #8 B-L-#11



FILED
OCT 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2 OF 2

EXIbT B

Apirl 6-05
(Copy)

Warden Tomas Corroll:

On The Mouth of Febuary on The 26 day of 2005 I was Assaulted By one of your Correctional Sergeant's, I Have Two Witnessice on B-Taer That Have seen Sergeant Terry Williams Assulting me While In Hand cuffs. L.T. Welcome Took Photo's of my Lipe's, Face, Back, Fingernain. As well The Blood on The Wall like I've said I have Witnessice From B-Tier That seen The First Assult That Sergeant Terry Williams did When He Cuff me And took me From my cell Room And Throw Against The Glass window. I Told L.t. Welcome That I wanted Charge'st to Be file on Terry Williams And None Where Filed on Him?, My Love once know About The Situation Between Terry Williams @ I And What To know why there was no state charge'st Filed on this Prison Assults on me.

Signature by
Frederick W Brown
Bldg #18, B-1 #11 S.B.I #
305890

EXIbT C    (Copy)

Dear Joe Richardson,

I'm Frederick W. Brown SBI #305890 Bldg #18, B-L #11, Your doing a Prison Rape Investegation on me and the boy Robert Chapman. Now what I would like to know is that was there Charge'st Put on Robert Chapman For Rapeing me "or" For the ok an Nother Inmate? ... Mr. Richardson Me & My Family Members would like to know if charge'st have been File on this Preson, and if not why Has'nt there Been Charge'st fili on the Inmate Named Robert Chapman? ...

Please Response Back to this letter Soon as Possible

Signature by
Frederick W. Brown
SBI 305890 Bldg #18, B-L 11

Date issue 4-8-05

2 oF 2

Exibit D

Copy

April 24, 05

Dear Joe Richardson;

On Feb: 26 I was Fisically Assulted By A or one of your Correctional officer's, I've written you twice on Two defferent Type's of assult's and gotten no answer's or a response "back" from you on these Febroary Assult's on me. I've written the warden Tomas Carroll About February Assult's on me that tooken place within this Facility (D.C.C), I've Informed Him that I've written you two letter's and gotten no Response From you about these Two Febroary Prison Assult's. I would also like to be Removed from Protected Custody so That I can go to the mental health Unit In The Mhu I Trully Don't feel safe In Bldg: #20 because of my Fisically or Fisicall Assult within Bldg #20 while on P/c. I know That The Prison Facility dose not wish to or want to move me back in Bldg #24 I would feel alot safete within the Mental Health unit Then on P/c and Mental Health Is waiting For me To get Dischage off P/c so that I can bee place In the Shu Unit.

Sign by
Frederick W. Brown
SBI# 205890 Bldg 18 B.L #71

EXIbT E  Copy

4-29-05

Dear Captain Elizbeth,

I'm a Prisoner at the Delaware Correctional Center, My Reason's for writting You this Letter is Because I have been assulted by a Prison Officer and I would want to press Charge'st on this Individual while I'm In the state's Custody of the Delaware Department of Correction's. The Individual that I would want to press charge'st again'st Is named Terry williams, Captain Elizbeth I did all that I Could do within The Delaware Correctional Facility to press these Charge'st on Terry william's and seen no Resalte within the Prison, So I Fear for my life within the Correctional Facility and Charge'st to be "oops" and I want charge'st to be press on Prison Officer terry williams as soon as possible

Sign I'm Fredrick Brown
S.B.I. 305890

30
31
78
8

Exbt E (Copy)

May 4-05

Dear Captain Elizbeth

I am a Prisoner at the Delaware Correctional Center, My Reason's for writting you this letter is because I have been sexually assulted by an "Inmate" and I would want to press Charge'st on this Individual while I'm in the State's Custody of the Delaware Department Of Correction's. The Individual that I would want to press Charge'st against is named Robert Chapman, Captain Elzbeth I did all that I could do within the Delaware Correctional Facility to press these Chargest on Robert Chapman and seen no Results within the Prison so Captain Elzbeth I still would want to press these Prison charge'st on this Individual while He's within the Delaware Correctional Facility! I would want these Charge'st to Be press on Prison Inmate Robert Chapman as soon as Possible.

Sincerely
Sign I'm Frederick Brown
SBI 308890

April 4, 05

EXIbt G

Copy

Dear Attorney General's Office:

I'm an inmate at the Delaware Correctional Center. I'm also a victim of Rape within the Prison System. I wish to file Rape charge's on a nother inmate name Robert Chapman, who Made it totally clear to the Correctional Officer's as well as to Nurse "Becky" who did the examanation on me @ to the "Corrections Privent Investigator Joseph Richardson" that I wanted charge's to be filed "but" no charge's where filed on Robert Chapman and no State Police where brought in from the outside for me to talk to or file street charge's on this Prison because they know that the Prison will be held accountable for what have happen to me, Rape is Rape and my 8th Amendment right's where violated within the Correctional facility and I want charge's to be filed on Robert Chapman.

Signature by
Inmate Thomas Brown
SBI # 305
Bldg 18 B-2-11

2 OF 2

EXHIBT (H)   April 1, 05

Copy

Dear State Police;

I'm an INMATE at the Delaware Correctional Center. I'm also a victem of rape within The prison system. I wish To File Rape Charge'st on a Nother INMATE Name Robert Chapman; I've Made it totuly clear To The Correctional officer's As well As To Nurse "Beck" who'e did the Amzamenation on Me @ To The Correction Privent INVestigator "Joseph Richardson" that I wanted Charge'st to Be Filed "But" No Charge'st where Filed on Robert Chapman And NO state Police officers where brought IN From the outside For me To Talk To or File strad charge'st on This INMATE, The Facility know's that they will Be Heald accountable For what Have Happen To Me. State Office Rape is Rape And My Right's where Violated within The Correction al Facility AND I want charge'st To Be Filed on Robert Chapman For Raping me. Please Come IN This Facility I need your Help...

Signature by
INMATE [illegible name]
SBI # [illegible]
BLd; "18" B-1 "1"

2 oF 2



STATE OF DELAWARE
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
P.O. BOX 430
DOVER, DELAWARE 19903

### STATE BUREAU OF IDENTIFICATION

To Whom It May Concern:

The State Bureau of Identification (SBI) will not accept a Delaware criminal history record request without a full set of fingerprints. This procedure provides positive identification and ensures accuracy.

The following items are required:

1. The original fingerprint card, completely filled out to include full name, any previously used names, complete address, sex, race and date of birth.

2. A fee of $35.00 per request must accompany the fingerprint card. Payment must be in the form of a money order, certified check or business check, made payable to: Delaware State Police.

3. If the criminal history is to be released to someone other than the affected individual, a signed waiver releasing SBI from any liability must accompany the fingerprint card.

4. A stamped envelope addressed to the location the criminal history is to be mailed.

Please mail all required items to:   State Bureau of Identification
PO Box 430
Dover, Delaware 19903
ATTN: Records

Fingerprint cards from out-of-state applicants are accepted if, an individual who has been formally trained to fingerprint takes the fingerprints. Poor quality fingerprints will be rejected and returned to sender. The approximate turn-around time for the request is 1½ - 3 weeks. If further assistance is needed, please contact Ms. Teresa Jones at (302)-739-5880.

Sincerely,

Capt. Elizabeth E. Shamany

Captain Elizabeth E. Shamany
Director
State Bureau of Identification

Exibt N

FORM #584
GRIEVANCE FORM

3/3/05

Inmate Copy

FACILITY: D.C.C.
DATE: March 2, 05
GRIEVANT'S NAME: Frederick W. Brown
SBI#: 305890
CASE#: 12601
TIME OF INCIDENT: 8:09 pm - 10:00 pm
HOUSING UNIT: Bldg #18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Feb. 26, 05 I Frederick W. Brown, was Fisically assulted by Lt. terry williams. I did do anything to he Fisically to Make him assult me. I only called Lt. tirky williams a pussy behind my cell door, he then told the common post to chack my cell door, Lt. williams told me to come to the cell door so that he could Handcuffs me behined my back. he took me off the tir and Fisically assulted me by throwing me up against the Plasic Glass window while I'm still in Handcuffs. I Did "not" assult Lt terry williams "Fisically" at all But By Mouth only.

ACTION REQUESTED BY GRIEVANT: I do want to fail suit chargies on Lt terry williams and would like to be a on going Investigation...

GRIEVANT'S SIGNATURE: Frederick W. Brown
DATE: March 2. 05

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____
DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAR 07 2005
Inmate Grievance Office

EXH-O

FORM #584

GRIEVANCE FORM

 5/3/03

Inmate Copy

FACILITY: D.C.C   DATE: 3-27-05

GRIEVANT'S NAME: Frederick W. Brown   SBI#: 305890

CASE#: 13157   TIME OF INCIDENT:

HOUSING UNIT: Bldg #18, B-lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On February 26, 05. I told Lt. Wellcome that I wanted to file charges on Correctional Sargent terry williams for assulting me on that day. I see no charges has been Pres on Correctional Sargent terry williams from that day of my assult and I'm wondering why hasn't there been charges filed or Pressed on Correctional Sargent terry williams.

ACTION REQUESTED BY GRIEVANT: I want this to be Investigated Because Lt. Wellcome Did take photo pictures of my Injuries that took Place that Exact Day.

GRIEVANT'S SIGNATURE: Frederick W. Brown   DATE: 3-27-05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
MAR 28 2005
Inmate Grievance Office

April '97 REV

EXIbT 

FORM #584

# GRIEVANCE FORM

Copy

FACILITY: DCC   DATE: 4-28-05

GRIEVANT'S NAME: Fredrick Brown   SBI#: 305890

CASE#: _____   TIME OF INCIDENT: _____

HOUSING UNIT: Bldg #18, B-Lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

① ON March 2, 05 I filed A Grievance On A Feb 26, 05 Assult With (Officer Terry) Case # 12601 ② On 4-10-05 I filed A Grievance On (L/T welcome) ③ I Told Him That I To File charge'st on (officer Terry) - No charge'st were filed And On Case #12601 was Return To me As Non-Grievable. ④ I Feel that My Life Is IN Danger Around (officer Terry) ⑤ I Don't feel Safe Around (officer Terry) ⑥ L/T welcome Took Pictures of my Injuries - there was No Investigation ⑦ Why Is (Officer Terry) This This Coming Around me If I Fear for My Life.

ACTION REQUESTED BY GRIEVANT: I Want Action To Take Place's I Was Assulted By An Officer, And I Want charge'st file. I Also Want (officer Terry) pulled From Working Protective Custody !!

GRIEVANT'S SIGNATURE: Fredrick Brown   DATE: 4-28-05

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES)   ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exbt  FORM #584  (Copy)

## GRIEVANCE FORM

FACILITY: **D.C.C**         DATE: **5-4-05**

GRIEVANT'S NAME: **Fredrick Brown**   SBI#: **305890**

CASE#: _____   TIME OF INCIDENT: _____

HOUSING UNIT: **Bldg #18 B-L #11**

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON Feb 18TH April 11th, May 1st of 05 I've written a grievance on the facility about a prison rape on me while on or in Bldg #21, I've gotten no answer from the grievance committee stating that my grievant is grievable or non grievance. I'n handed Feb #18th grievant to Sergeant Beckles to put in on D-Tape about the sexual assult and still did not get a response back from the grievance chairpersons, I would want charge'st to be press it on that individual sooner then possible

ACTION REQUESTED BY GRIEVANT: **I would like to get a response back from the grievance committee about this issue**

GRIEVANT'S SIGNATURE: **Fredrick Brown**    DATE: **5-4-05**

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____ (YES)   ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

GENERAL REQUEST FORM    BLD. # _18,B_
                       Cell # _L-11_

This request should be used to request general information. case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

**RECEIVED**
**MAR 29 2005**
**SHU LAW LIBRARY**

Dear law library; I need the address to someone In Dover, Del "State Police". I also need the address to the U.S. attorney General office...

sent to main LL: I also need any type of case law on Institutional Prison Rape's that you can send me, because I'm a Victim of a Institutional Prison Rape, Please Respond back soon as possible.

Delaware State Police          U.S. Department of Justice
PO Box 430                     950 Pennsylvania Ave, NW
Dover, DE. 19903               Washington, D.C. 20530-0001

Name _Frederick W. Brown_ S.B.I. _305890_   Date: _3-25-05_

Date Received: _3-29-05_         Pay-to Log # _____
Date Sent _4-1-05_               Staff Initials: _B.E._

Staff Notes: _Sent; (2) Addresses._

ExIbt L

FORM #584

## GRIEVANCE FORM

Inmate Copy

FACILITY: D.C.C.   DATE: 4-7-05

GRIEVANT'S NAME: Frederick W Brown   SBI#: 305890

CASE#: 14200   TIME OF INCIDENT: _____

HOUSING UNIT: Bldg #18, B-lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On February 18th or 19th Because I'm not sure of the exact date. But I've written a Grievance on the Prison System for what Happen to me in Bldg #21 D-11-#9, I've written the action that Happen and written the name of the Deffendant (Robert Chapman). I've stated to Joseph Richardson that I wanted Charge's to Be filed on him and I've seen know Resaults of Charge's Being filed on the Deffendant (Robert Chapman)?...

ACTION REQUESTED BY GRIEVANT: I want Charge's to Be filed on Robert Chapman as Soon as Possible and to See Some Resaults Being Done.

GRIEVANT'S SIGNATURE: Frederick Brown   DATE: 4-7-05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
APR 1 1 2005
Inmate Grievance Office

FORM #584

**GRIEVANCE FORM**

FACILITY: D.C.C.            DATE: 4-10-05

GRIEVANT'S NAME: Frederick Brown       SBI#: 305890

CASE#: 14207               TIME OF INCIDENT: ___

HOUSING UNIT: ~~Bldg #18 Pod #1~~

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON February 26, 05 I Told L.T. Welcome That I wanted To File Charge'st on Correctionnl Sergeant terry williams For assulting Me on That day, I see No charge'st has been Press on Correctional Sergeant Terry williams From That Day of The Assult on Me. I'm Wondering Why Hasnt there Been Charge'st Pressed or Filed on Correctional Sergeant Terry Williams?...

ACTION REQUESTED BY GRIEVANT: I Feel that My Life is in Danger within The D.C.C. Institution and I'm Asking To Be Transfered to Howard R. Young Correctional Center, I want this To Be Investigated Because L.T. Welcome did Take photo's of My Injuries That Took Place that Day.

GRIEVANT'S SIGNATURE: Frederick Brown       DATE: 4-10-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)   ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
APR 11 2005
Inmate Grievance Office

*Inmate Copy*
*Exibt (M)*

EXIBT J   STAFF COPY

FORM #584

GRIEVANCE FORM

8/9/05

FACILITY: DCC
DATE: 4-11-05
GRIEVANT'S NAME: Frederick Brown
SBI#: 305890
CASE#: 160000
TIME OF INCIDENT:
HOUSING UNIT: Bldg #18, B-lower #11

x.7/05

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON February #18 or #19 Because I'm Not sure of The Exact date "But" I written A Grievance on The Prison system for what Happens To me In Bldg #21 D-upper #9, I've written The Action That Happen to me And Handed To Sergeant Bockles To Put in the Grievance Box on D-Tier. I Also written The Name of the Inmate That sexually Assulted me. I Also stated To Joseph Richardson That I wanted Charge'st To Be Press or filed on This Inmate. I've Haven't Seen or Heard any Resault's of Charge'st Being Filed on The Inmate.

OP

ACTION REQUESTED BY GRIEVANT: I want Charge'st to Be Filed on This Inmate as soon as Possible And to see or Hear Some Resaults Being Done. For Joseph Richardson to Get or Respond Back With me As soon As Possible.

GRIEVANT'S SIGNATURE: Frederick Brown    DATE: 4-11-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)   ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
APR 18 2005
Inmate Grievance Office

April '97 REV

Exibt K

FORM #584

## GRIEVANCE FORM

DM 8/11/03

FACILITY: D.CC                              DATE: April 24 05

GRIEVANT'S NAME: Fredrick Brown   SBI#: 305890

CASE#: ~~###~~ 16078             TIME OF INCIDENT: _____

HOUSING UNIT: Bldg #18, B-Lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On January 7th 2005 I've written a Grievance on the mail service about my lose magazine subscription's issue. I still have not Received my Blackman Swimsuit Extra And I'm still waiting for those magazine issue to be found... Joseph Hudson was the Investigator sent.

ACTION REQUESTED BY GRIEVANT: I would like for my magazine to be found still and to receive a notice of what happen to my magazine's

GRIEVANT'S SIGNATURE: Fredrick Brown   DATE: 4-24-05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

-il '97 REV

RECEIVED
APR 2 5 2005
Inmate Grievance Office

Exbt (I)

FORM #584

## GRIEVANCE FORM

8/29/05

FACILITY: D.C.C          DATE: 5-1-05

GRIEVANT'S NAME: Fredick Brown     SBI#: 305890

CASE#: 16390            TIME OF INCIDENT: _____

HOUSING UNIT: ~~Bldg #18 B tower #1~~

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On February 18th or 19 Because I'm not sure of the exact date "But" I written a grievance on the prison system for what happen to me in Bldg #21 D-upper #9, I've written the action that happen to me and handed to sergeant Beckles to put in the Grievance box on D-tier. I also written the name of the inmate that sexually assulted me. I also stated to Joseph Richardson that I wanted charge'st to be press on this inmate. I've have'nt seen or heard any Resault's of charge'st being press on this inmate.

ACTION REQUESTED BY GRIEVANT: I want charge'st to be press on This Inmate as soon as possible and to see or hear some Resault's being done.

GRIEVANT'S SIGNATURE: Fredrick Brown    DATE: 5-1-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAY 02 2005
Inmate Grievance Office

EXhI(R)

Delaware State Police
P.O. Box 430
Dover, Delaware 19903

"Official Business, Penalty for Private Use $300"

I/M Frederick W. Brown, S.B.I.# 305890
Unit Bld# 18,B-L#11
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

1997743474 03



18