STATE OF DELAWARE
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
P.O. BOX 430
DOVER, DELAWARE 19903

## STATE BUREAU OF IDENTIFICATION

To Whom It May Concern:

The State Bureau of Identification (SBI) will not accept a Delaware criminal history record request without a full set of fingerprints. This procedure provides positive identification and ensures accuracy.

The following items are required:

1. The original fingerprint card, completely filled out to include full name, any previously used names, complete address, sex, race and date of birth.

2. A fee of $35.00 per request must accompany the fingerprint card. Payment must be in the form of a money order, certified check or business check, made payable to: Delaware State Police.

3. If the criminal history is to be released to someone other than the affected individual, a signed waiver releasing SBI from any liability must accompany the fingerprint card.

4. A stamped envelope addressed to the location the criminal history is to be mailed.

Please mail all required items to:    State Bureau of Identification
PO Box 430
Dover, Delaware 19903
ATTN: Records

Fingerprint cards from out-of-state applicants are accepted if, an individual who has been formally trained to fingerprint takes the fingerprints. Poor quality fingerprints will be rejected and returned to sender. The approximate turn-around time for the request is 1½ - 3 weeks. If further assistance is needed, please contact Ms. Teresa Jones at (302)-739-5880.

Sincerely,

Capt. Elizabeth E. Shamany

Captain Elizabeth E. Shamany
Director
State Bureau of Identification

FORM #584  
**GRIEVANCE FORM**

Inmate Copy

FACILITY: D.C.C.  
DATE: March 22ed, 05

GRIEVANT'S NAME: Frederick W Brown  SBI#: 305890

CASE#: 11938  13158  TIME OF INCIDENT: _____

HOUSING UNIT: Bldg #18, B-Lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On March 17th I've written law library and ask for a special Request and neither received it, I also written a Grievance on that same issue on February 25, 05 the investigator sent was to Michael Little "Grievance #11938 un-resolved". I've written the law library office on March 21, 05 and I'm still waiting for form 1983 U.S. District Court forms w/ Poor's Lawyers (or) also called Civil Rights act 42, U.S.C. 1983. I'll be waiting for their response!!!

ACTION REQUESTED BY GRIEVANT: I would like for something to be done about this issue as soon as possible or send another Investigator to do Michael Little Job, No offent to Mr. Little But I need my Request to be answers from the law library as soon as possible.

GRIEVANT'S SIGNATURE: Frederick W Brown    DATE: March 22ed, 05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE  
    GRIEVANT

April '97 REV

RECEIVED  
MAR 2 8 2005  
Inmate Grievance Office

DFH 1016359   Date: 03/10/2005

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## DISCIPLINARY HEARING DECISION

Inmate : Brown, Frederick W          SBI#: 00305890          Type: Class 1

Institution: DCC Delaware Correctional Center          Hearing Date: 03/09/2005          Time: 10:40

Inmate Present: Yes     Reason(If No): N/A

Violation: 1.18/200.218 Possession of Dangerous Contraband, 2.06/200.108 Failing to Obey an Order

Inmate PLEA: **Not Guilty**
Inmate Statement: Far as I know I didnt have stinger.

Decision : **Guilty**
Rational : Per report and viewing evidence inmate foung guilty of all charges.
Sanctions: N/A

**HEARING OFFICER'S SIGNATURE** _____
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO     [X] DO NOT INTEND TO APPEAL     _____
                                              **INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal          [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified            [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Confinement to Quarter | 03/28/2005 | 5 | 04/01/2005 |

Page 1 of 1

| DR# | | |
|---|---|---|
| 1016356 | | Date: 03/31/2005 |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## DISCIPLINARY HEARING DECISION

**Inmate:** Brown, Frederick W  **SBI#:** 00305890  **Type:** Class 1

**Institution:** DCC Delaware Correctional Center  **Hearing Date:** 03/09/2005  **Time:** 10:40

**Inmate Present:** Yes  **Reason(If No):** N/A

**Violation:** 1.02/200.201 Assault, 1.04/200.209 Damage or Destruction of Property (Over $10), 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order

**Inmate PLEA:** Not Guilty

**Inmate Statement:** He assaulted me first when I came off tier. He threw me against glass. I did throw chair He grabbed me by the neck and started punching me in face.

**Witness Name:** Edge, Miles
**Testimony:** N/A

**Witness Name:** Gonzalez, Victor
**Testimony:** N/A

**Witness Name:** Terhune, Harold
**Testimony:** N/A

**Decision:** Guilty

**Rational:** Per report inmate found guilty of all charges Inmates cursed staff and shoved a officer. Broke barber shop cair to pieces. 15 day Iso two days complete. Need to serve 13 more days.

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [X] DO  [ ] DO NOT INTEND TO APPEAL  _____
**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[ ] Inmate does not wish to appeal  [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified  [X] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | | 15 | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/27/2005

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BROWN, FREDERICK W | SBI# : 00305890 | Institution : DCC |
| Grievance # : 10550 | Grievance Date : 01/10/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Telephone | Incident Date : 01/10/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 23, Lower, Tier D, Cell 4, Top | |

## RGC

Date Received : 06/17/2005      Date of Recommendation: 06/27/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00498889 | OCASIO, LUIS A | Deny |
| Inmate | 00187172 | TAIT, JOHN H 2 | Deny |
| Staff | | Forbes, Sarah | Deny |
| Staff | | Vargas, Rosalie | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

Uphold : 0          Deny : 4          Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 6-22-2005
4-0 deny - Inmate could not remember name and number of person and inmate needs to follow procedure and submit new phone form to counselor.

Inmate Copy

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/27/2005

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BROWN, FREDERICK W | **SBI#** : 00305890 | **Institution** : DCC |
| **Grievance #** : 10551 | **Grievance Date** : 01/07/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Mail | **Incident Date** : 01/07/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 23, Lower, Tier D, Cell 4, Top | |

## RGC

**Date Received** : 06/17/2005     **Date of Recommendation:** 06/27/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00187172 | TAIT, JOHN H 2 | Deny |
| Inmate | 00498889 | OCASIO, LUIS A | Deny |
| Staff | | Forbes, Sarah | Deny |
| Staff | | Vargas, Rosalie | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

**Uphold** : 0         **Deny** : 4         **Abstain** : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 6-22-2005
4-0 deny inmate admitted he had not renewed subscription.

**Inmate Copy**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/09/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : BROWN, FREDERICK W | | **SBI#** : 00305890 | | **Institution** : DCC | |
| **Grievance #** : 17027 | | **Grievance Date** : 09/05/2005 | | **Category** : Individual | |
| **Status** : Unresolved | | **Resolution Status** : | | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 08/31/2005 | | **Incident Time** : 19:25 | |
| **IGC** : Merson, Lise M | | **Housing Location** : Bldg 23, Upper, Tier D, Cell 11, Bottom | | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: On 8-31-05 he slipped and fell on the tier and he feels medical did not treat him properly for his back. This has caused him a physical injury as well as mental anguish because he was not given any x-rays to determine the cause of damage done.

**Remedy Requested** : Inmate wants a full investigation. There was suppose to been a report written up concerning this matter, He wants to receive proper medical treatment referring to getting x-rays.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

**Inmate Copy**

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES          **Date Received by Medical Unit :** 09/09/2005
**Investigation Sent :** 09/09/2005   **Investigation Sent To** : Dunn, Lee Anne
**Grievance Amount :**

Page 1 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/09/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name:** BROWN, FREDERICK W | **SBI#** : 00305890 | **Institution** : DCC |
| **Grievance #** : 17027 | **Grievance Date** : 09/05/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status:** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/31/2005 | **Incident Time** : 19:25 |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg 23, Upper, Tier D, Cell 11, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Dunn, Lee Anne          **Date of Report** 09/09/2005

**Investigation Report:**

**Reason for Referring:**


Offender's Signature: _____

Date                 : _____

Witness (Officer)    : _____

Page 2 of 2

**RECEIVED**
OCT 2 5 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

## Certificate of Service

I, Frederick Wade H. Brown, hereby certify that I have served a true and correct cop(ies) of the attached: Original Copies of Grievance Form's, Original Copies of my letters, Staff upon the following parties/person (s):

TO: DOC Commissioner:
Stan W. Taylor
245 McKee Drive
Dover, De. 19901

TO: Deputy Attorney General - Aaron R. Goldstein 8th Floor
Carvel State Office Bldg
820 N. French Street
Wilm, Del 19801

TO: Warden: Thomas L. Carroll
Delaware Correctional Center 1181 Paddock Rd
Smyrna, Delaware 19977

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 20 day of October, 2005

Frederick Wade H. Brown

[Envelope image: postmarked OCT 24 2005 WILMINGTON, DE 19850, from correctional center, Delaware 19977, addressed to:

The Honorable Sue L. Robertson
United States District Court
844 N. King Street
Lockbox 18 Wilmington, Delaware
19801-3570]