United State District Court
District of Delaware (1 of 3)

Civil Action # 05-343-S.L.R

Frederick Wade K. Brown
Plaintiff

vs

Sean Taylor
Department of Corrections
Warden Thomas L. Carroll
Officer Terry Williams
Correctional Medical Service
Defendants



ORIGINAL

RECEIVED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Leave To File An Amended Complaint
Plaintiff Frederick Wade K. Brown Pursuant To Rule 42 USC § 1983 Request Leave To File An Amended Complaint Adding Three Parties.

The Plaintiff in his original complaint named three Defendants.

Since the filing of this complaint has determined that the names of the Defendants are.

1) Officer Terry Williams
2) Sean Taylor
3) Correctional Medical Services

The statement of Facts are amended to Reflect the Identity and the Actions of the Defendants

United State v. Detroit Lumber Co., US. 321. 337, 26 s.ct 282. 287. 50 L.Ed. 499.
Whitley v. Albers 475 U.S. 312. 320-321, 106. S.Ct 1078, 1084 1085, 89. L.Ed. 2D 251: Johnson v. Glick 481 F.2d 1028 Cert denied, 414 U.S. 1033, 94 S.Ct. 462. 38 L.Ed. 2d 324.
Wilson v. Seiter. 501 US. 294, 298, 111 S.Ct. 2321, 2324, 115 L. Ed. 2d 271.
Ingraham v. Wright 430 US. 651. 670. 97 S.Ct. 1401. 1402. 51 L.Ed 2d 711 (1977)
John v. Johnson. 414 US. 1033, 94 S.Ct. 462. 38 L.Ed. 2d 324 (1973)

Quoting Ingraham v. Wright 430 U.S. 651, 670, 97 S.Ct. 1401, 1402, 51 L.Ed.2d. 711 (1977)
John v. Johnson 414 U.S. 1033, 94 S.Ct. 462, 38 L.Ed 2d 324 (1973)
Bell v. Wolfish 441 U.S. 520, 547, 99 S.Ct. 1861, 1878, 60 L.Ed2d 447 (1979)
Miller v. Leathers, 913 F.2d 1085, 1087 (CA4 1990)
Haynes v. Marshall, 887 F.2d 700, 703 (CA6 1989)
Unwin v. Campbell, 863 F.2d 124, 130 (CA1 1988)
Rhodes v. Chapman 452 U.S. 337, 346, 101 S.Ct. 2392, 2399, 69 L.Ed.2d 59 (1981) Quoting Trop v. Dulles, 356 U.S. 86 L.Ed2d. 630 (1958)
Wilkerson v. Utah, 99 U.S. 130, 136, 25 L.Ed. 345 (1879)
Estelle Supra 429 U.S., at 102, 97 S.Ct. at 290
George v. Evans 633 F.2d 413, 416 (CA5 1980)
Jackson v. Bishop, 404 F.2d 571, 579 (CA8 1968).
Wyatt v. Delaney, 818 F.2d 21, 23 (CA8 1987).
Campbell v. Grammer 889 F.2d 797, 802 (CA8 1968)
Yickwo v. Hopkins, 118 U.S. 356, 370, 6 S.Ct. 1064, 1071, 30 L.Ed.2d 220 (1886)
Bts v. Board of Regent of Florida 457 U.S. 496, 507-512, 102 S.Ct. 2557, 2565, 73 L.Ed.2d 172 (1982)
Harlow v. Fitzgerald, 457 U.S. 800, 817-818, 102 S.Ct. 2727, 2738, 73 L.Ed.2d 396 (1982)
Sierra Club v. Morton, 405 U.S. 727, 734, 92 S.Ct. 1361, 1366, 31 L.Ed.2d 636 (1972)
Weems v. United States, 217 U.S. 349, 30 S.Ct. 544, 54 L.Ed. 793 (1910)
Sarshek v. Sanford, 142 F.2d 676 (CA5 1944)
McCarthy v. Bronson, 500 U.S. 136, 139, 143, 111 S.Ct. 1737, 1742, 114 L.Ed.2d 194 (1991)
Williams v. Boles, 841 F.2d 181, 183 (CA7 1988)
Davidson v. Cannon, 474 U.S. 344, 348, 106 S.Ct. 668, 670, 88 L.Ed2d 677 (1986)
Parratt v. Taylor, 451 U.S. 527, 541, 101 S.Ct. 1908, 1916, 68 L.Ed.2d 420 (1981)

This Court should Grant Leave Freely To Amended A Complaint...

DATE 11-4-05

Respectfully Submitt
Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctione Center

x _____
Public Notary

(3 of 3)

eriel Wade K. Brown
350        UNIT 23 D upper 11
E CORRECTIONAL CENTER
OCK ROAD
DELAWARE 19977

U.S.M.S X-RAY

Clerk
Peter T. DALLEO
844 King Street (Lockbox 18)
US Courthouse
Wilmington Delaware
19801



UNITED STATES POSTAGE
PITNEY BOWES
02 1A        $ 00.60⁰
0004395355   NOV 09 2005
MAILED FROM ZIP CODE 19977

19801+3519 12