# UNITED States District Court
## District of Delaware



1 OF 6

☐ ORIGINAL

Civil Act # 05-343-S.L.R

Frederick Wade K. Brown
Plantiff
V.
Joesph Richardson,
Warden Thomas Carroll,
Officer Terry Williams,
Correctional Medical Services,
Commissioner Stanly Tayor,
Department of Corrections
Defendant's



FILED
NOV 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Leave To File an Amended Complaint Plantiff Frederick Wade K. Brown Pursuant To Rule 42 USC § 1983 Request Leave To File an Amended Complaint adding Four (4) Parties.

The Plantiff in his original complant named four defendant's, Sinc the Filing of This Complant has Determined that the Name's of the four Defendant are #1) Joesp Richardson #2) Commissioner Stanly Tayor #3) officer Terry Williams #4.) Correctional Medical Services.

The State-ment of Fact's are Amended To Refect The Identity and Action's of the Defendant's.

Garcher V. Lego, 11 F.3d 1197, 1198 No. 1 (3d Cir. 1993) In doing so, he effectively stands on his original complaint. Under either of these cirumstance Appellate Review from a dismissal without Prejudice is appropriate. Bethel V. McAllister Bros., Inc., 81 F.3d 376, 381 (3d Cir. 1996); Trevino Barton V. Pittburgh Nat'l Bank, 919 F.2d 874, 878 (3d Cir. 1990). (Noting That Plantiff Can appeal from a dismissal without Prejudice when



2of6

Lavista v. Beeler 195 F.3d 254, 256 (6th Cir. 1999) As the statutory language makes clear §1997e(a) applies equally to §1983 actions and to Bivens actions. Alexander v. Hawk 159 F.3d 1321, 1324-25 (11th Cir. 1998) (same); Garrett v. Hawk 127 F.3d 1263, 1265 (10th Cir. 1997) Lunsford v. Jumao-As 155 F.3d 1178, 1179 (9th Cir. 1998) (not requiring exhaustion before filing Bivens action requesting monetary damages when exhaustion would be futile because no monetary administrative remedies were available) Perez v. Wisconsin Dept of Corrections, 182 F.3d 532, 538 (7th Cir 1999) The Seventh Circuit can likely be included in this list as well. "Judge Easterbrook's opinion" Massey v. Helman 196 F.3d 727, 734 (7th Cir. 1999) Beeson v. Fishkill Correctional Facility, 28 F. Supp. 2d 884, 896 (S.D.N.Y. 1998

Two Courts of Appeals and several district courts have refused to apply a futility exception to § 1997e(a) in light of the way the PLRA amended the section. Lunsford, 155 F.3d at 1179, Administrative Remedies under § 1997e(a) is not required if a prisoner's Section 1983 claim seeks only money damages and if the correctional facility's administrative grievance process does not allow for such an award.
Muhammad v. Carlson 739 F.2d 122, 125 (3d Cir 1984)
Moore v. Smith, 18 F. Supp 2d 1360, 1364 (N.D.Ga. 1998)
McCarthy v. Madigan, 503 U.S. 140, 144, 112 S.Ct. 1081, 117 L.Ed 2d 291 (1992)

McCarthy v. Madigan, 503 U.S. 140, 144, 112 S.Ct 1081, 117 L.Ed2d 291 (1992)
Preiser v. Rodriguez, 411 U.S. 475, 491-92, 93 S.Ct 1827, 36 L.Ed2d 439 (1973)
Miller v. Tanner, 196 F.3d 1190, 1194 (11th Cir 1999)
Harris 216 F.3d at 974.
Minnesota v. Murphy 465 U.S. 420, 430, 104 S.Ct 1144, 79 L.Ed.2d 409 (1984)
Miranda v. Arizona, 384 U.S. 436, 444, 86 S.Ct. 1602, 1612, 16 L.3d2d 694 (1966)
United State v. McDowell, 250 F.3d 1354, 1362 (11th Cir 2001)
Murphy, 465 U.S. at 430, 104 S.Ct at 1144

Clifford v. Gibbs, 298 F.3d 328, 332-33 (5th Cir. 2002)
United States v. D.B.B., Inc., 180 F.3d 1277, 1281 (11th Cir. 1999)
Kincade v. Sparkman, 117 F.3d 949, 951 (6th Cir. 1997)
United States v. Simmonds, 111 F.3d 737, 743 (10th Cir 1997)
Santana v. United States, 98 F.3d 752, 755 (3rd Cir 1996)
Duvallon v. Florida, 691 F.2d 483, 485 (11th Cir. 1982)
Hensley v. Municipal Court, 411 U.S. 345, 349, 93 S.Ct. 1571, 36 L.Ed2d 294 (1973)
Harris v. Garner, 216 F.3d 970 (11th Cir. 2000)
Doctors Hosp. Inc. of Plantation v. Bowen, 811 F.2d 1448, 1452 (11th Cir. 198.)
Duncan v. Wis Dept of Health & Family Servs., 166 F.3d 930, 934 (7th Cir 1999)
Wynn v. Southward, 251 F.3d 588, 591-92 (7th Cir 2001)
Hudson v. Palmer 468 U.S. 517, 530, 104 S.Ct. 3194, 82 L.Ed.2d 393 (1984)
Calhoun v. Detella, 319 F.3d 936, 940 (7th Cir 1987)
Zimmerman v. Tribble, 226 F.3d 568, 571 (7th Cir 2000)
Rhodes v. Chapman, 452 U.S. 337, 346, 101 S.Ct 2392, 69 L.Ed2d 59 (1981)
Walker v. Thompson, 288 F.3d 1005, 1008-09 (7th Cir. 2002)
Turner v. Safley, 482 U.S. 78, 84, 88, 107 S.Ct. 2254, 96 L.Ed2d 64 (1987)

3of6


4 of 6

Duncan v. Wis Dept of Health & Family Service 166 F.3d 930, 934 (7th Cir 1999)

Wynn v. Southward. 251 F.3d 588, 591-92 (7th Cir 2001)

Hudson v. Palmer. 468 U.S. 517, 530, 104 S.Ct. 3194, 82 L.Ed.2d 393 (1984)

Calhoun v. Detella, 319 F.3d 736, 740 (7th Cir 2003)

Zimmerman v. Tribble 226 F.3d 568, 571 (7th Cir 2000)

Rhodes v. Chapman 452 U.S. 337, 346. 101 S.Ct. 2392 69 L.Ed 2d 59 (1981)

Walker v. Thompson 288 F.3d 1005, 1008-09 (7th Cir 2002)

Turner v. Safley. 482 U.S. 78, 84, 88, 107 S.Ct 2254, 96 L.Ed.2d 64 (1987)

Beeson v. Fishkill Correctional Facility 28 F.Supp 2d 884, 896 (S.D.N.Y. 1998)

Muhammad v. Carlson, 739 F.2d 122, 125 (3d Cir 1984)

Napier v. Prestecka. 314 F.3d 528, 532-34 (11th Cir. 2002)

Accord Bailey v. United States. 516 U.S. 137, 145, 116 S.Ct. 501, 133 L.Ed 2d 472 (1995)

Brown v. Gardner, 513 U.S. 115, 118, 115 S.Ct 552, 130. L.Ed 2d, 462 (1994)

Minnesota v. Murphy 465 U.S. 420, 430, 104 S.Ct. 1136, 79 L.Ed.2d 409 (1984)

Jones v. Cunningham 371 U.S. 236, 83 S.Ct 373, 9 L.Ed 2d 285 (1963)

Harris v. Garner. 216 F.3d 970, 979-80 (11th Cir 2000)


5 of 6

Ali v. Higgs, 892 F.2d 438, 440 (5th Cir. 1990)
Booker v. Koonce 2 F.3d 114, 115 (5th Cir. 1993)
Denton v. Hernandez 504 U.S. 25, 112 S.Ct. 1728, 1733, 118 L.Ed.2d 340 (1992).
Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir. 1997)
Will v. Michigan Dept of State Police, 491 U.S. 58, 65-66, 109 S.Ct. 2304, 2309, 105 L.Ed. 2d 45 (1989)
Poor v. Grayson, No. 02-1436, 2002 WL 31085179 at *2 (6th Cir Sept. 17, 2002).
Chelette v. Harris, 229 F.3d 684, 688 (8th Cir. 2000)
Houze v. Segarra, L.O., 217 F.Supp.2d 394, 397-98 (S.D.N.Y. 2002)
United States v. Detroit Timber & Lumber Co, 200 U.S. 321, 337, 26 S.Ct. 282, 50 L.Ed. 499.
McCarthy v. Madigan 503 U.S. 140, 112 S.Ct 1081, 117 L.Ed2d 291 (1992)
Whitley v. Hunt 158 F.3d 882 (C.A.5 1998)
Garrett v. Hawk 127 F.3d 1263 (C.A. 10 1997)
Alexander v. Francis, 196 F.3d 1321 (C.A. 11 1998).
Bivens v. Six Unknown Fed. Narcotics Agent 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971)
Weinberger v. Salfi 422 U.S. 749, 766-767, 95 s.ct. 2457, 45 L.Ed.2d 522 (1975)
Moore v. Smith 18 F.Supp.2d 1360, 1364 (N.D.Ga. 1998)
Preiser v Rodriguez 411 U.S. 475, 491-92, 93 s.ct. 1827, 36 L.Ed.2d 439 (1973)
• Miller v. Tanner, 196 F.3d 1190, 1194 (11th Cir. 1999)
Alexander v. Hawk 159 F.3d 1321, 1324-25 (11th Cir 1998)
Garber v. Lego 11 F.3d 1197, 1198 N.1 (3d Cir. 1993)
Bethel v. McAllester Bro., Inc. 81 F.3d 376, 381 (3d Cir. 1996)
Lavista v. Beeler, 195 F.3d 254, 256 (6th Cir. 1999)
Lunsford v. Jumao-As 155 F.3d 1178, 1179 (9th Cir. 1998)

Minnesota v. Murphy 465 U.S. 420, 430, 104 S.Ct. 1136, 1144, 79 L.Ed.2d 409 (1984)
Miranda v. Arizona, 384 U.S. 436, 444, 86 S.Ct. 1602, 1612 16 L.Ed.2d 694 (1966)
United States v. McDowell, 250 F.3d 1354, 1362 (11th Cir. 2001)
Murphy 465 U.S. At 430, 104 S.Ct. At 1144
Clifford v. Gibbs, 298 F.3d 328, 332-33 (5th Cir. 2002)
United States v. DBB Inc., 180 F.3d 1277, 1281 (11th Cir. 1999)
Kincade v. Sparkman 117 F.3d 949, 951 (6th Cir. 1997)
United States v. Simmonds, 111 F.3d 737, 743 (10th Cir. 1997)
Santana v. United States, 98 F.3d 752, 755 (3d Cir. 1996)
Duvallon v. Florida, 691 F.2d 483, 485 (11th Cir 1982)
Hensley v. Municipal Court, 411 U.S. 345, 349, 93 S.Ct. 1571
Harris v. Garner, 216 F.3d 970 (11th Cir 2000)
Doctor's Hosp., Inc. of Plantation v. Bowen, 811 F.2d 1448, 1452 (11th Cir 1987)

---

This Court should Grant leave freely to Amended A Complain

Respectfully Submitted
Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctional Center

Date 11-15-05

(Prison Denied Notary Law Library)

---

...Executed within the United States, its territories Possessions or Commonwealth: I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on date November 19th 2005

Frederick Wade K. Brown

6 of 6

# Certificate of Service

I, _Frederick Wade K. Brown_, hereby certify that I have served a true and correct cop(ies) of the attached: _Amended of Complaint to the following Parties_ upon the following parties/person (s):

TO: _Commissioner Stanley Taylor_
_Administration Bldg_
_245 McKee Rd_
_Dover, Delaware 19904_

TO: _Deputy Attorney General_
_Aaron R. Goldstein &_
_Richard W. Hubbard_
_Sykes Bldg 45 The Green_
_Dover, Delaware 19901_

TO: _Warden Carroll L Thomas_
_Delaware Correctional Center_
_1181 Paddock Road_
_Smyrna Delaware_
_19977_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of _____, 2005

