# United State District Court
## District of Delaware

Frederick Wade K Brown
PLAINTIFF

v.

Commissioner Stanley Tayor
Correctional Medical Services
~~Warden~~ Thomas Carroll
Officer Terry Williams
Joseph Richardson
Department of Correction

Civil Action #
05-343-S.L.R

FILED
NOV 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Leave To File An Amended Complaint Platiff Frederick Wade K Brown Pursuant To Rule 42 U.S.C § 1983 Request Leave To File An Amended Complaint adding Four Parties.

The Plantiff In his Original Complant name Four Defendants Sine The Four Defendant's Are: #1) Officer Terry William's #2) Correctional Medical Sevice #3) Commissioner Stanley Tayor #4) Joes Richardson
The Statement of Fact's Are Amended To Refect The Identity An Actions of The Defendant's.

In Reviewing The dismissal of the complant, We construe The allegations In the complaint favorably To The Pleader. Scheuer v. Rhodes, 416 U.S. 232, 234, 94 S.Ct. 1683, 40 L.Ed 2d 90 (1974).

The Eigth Amendment's Prohibition of cruel and Unusual Punishment applies to Amendment. Robinson v. California 370 U.S. 660, 82 S.Ct. 1417, 8 L.Ed2d 758 1962.

The Supreme Court has state that "deliberate Indiffer-

To serious medical needs of Prisoners violates The Eighth Amendment Proscription against cruel and unusual Punishment. Estelle v. Gamble, 429 U.S. 97, 103-04 97 S.Ct. 285, 291. 50 L.Ed. 2d 251 (1976).

If "deliberate indifference caused an easier and less efficious treatment" to be provided, the defendants have violated the Plaintiff's Eighth Amendment Rights by failing to provid adequate medical car. Williams v. Vincent, 508 F.2d 541, 544 (2d Cir 1974). See Estelle, supra, 429 U.S. at 104, 97 S.Ct. 285. [FN5]

Gittlemacher v Prasse, 428 F.2d. 1 (3d Cir. 1970)
Edelman v. Jordan, 415 U.S. 651, 94 S.Ct. 1347, 39 L.Ed.2d 662 (1974)
Sorteschi v. Burlin, 508 F.2d 110 (3d Cir 1975)
Rochester v. White, 503 F.2d 263 (3d Cir 1974)
Kardon v Hall, 406 F.Supp. 4 (D.Del. 1975)
Murray v. Wilson Distilling Co., 213 U.S. 151, 171, 29 S.Ct. 458, 53 L.Ed. 742 (1909)
Pajewsk v. Perry, 363 A.2d 429, 436 (Del. 1976)

This court should great leave freely to Amended a complaint.

Date 11. .05  "Prison denied Notary"   Respectfully Submitted
x Law Library                           Frederick Wade K Brown
                                        Frederick Wade K. Brown
                                        Delaware Correctional Center

# Certificate of Service

I, _Frederick Wade H. Brown_, hereby certify that I have served a true and correct cop(ies) of the attached: _Amended of Complaint_ _____ upon the following parties/person (s):

TO: _Commissioner Stanley Taylor_
_Administration Bldg_
_245 McKee Rd Dover, De_
_19904_

TO: _Warden Thomas Carroll_
_Delaware Correctional Center_
_1181 Paddock Road_
_Smyrna, Delaware_
_19977_

TO: ~~[scribbled out]~~

TO: _Prothonotary office_
_Superior court Newcastle_
_County 500 N. King street,_
_Suite 500 Lower Level 1_
_Wilmington Del, 19801_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _23_ day of _November_, 2005

_Frederick W. Brown_

Chapter 115 -- Evidence; Documentary
§ 1746. Unsworn declaration under Penalty of Perjury

If Executed within the United States, its Territories, Possession, or Commonwealths: I Declare (or Certify, Verify or state) under Penalty of Perjury that the foregoing is true and Correct Executed on (date).

Sincerely by
Name: Frederick Wade + Brown            Date: 11-22-05

I/M Frederich Wade R. Brown
SBI# 305890  UNIT 23 D-upper #1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Honorable Sue L. Robinson
Lockbox #18
844 King St. U.S. Courthouse
Wilmington Delaware
19801