# IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

Frederick Wade K. Brown
PLAINTIFF

v.

Joseph Richardson
Correctional Medical Service
Commissioner Stan Taylor
Warden Thomas L. Carroll
Officer Terry Williams
Department of Correction's
Defendant's

**ORIGINAL**

**SUMMONS**
**CIVIL ACTION NO.**
**05-343-S.L.R**


RECEIVED DEC 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To The Above-Named Defendants: Warden Thomas L. Carroll
You are hereby summoned and required to serve upon Plaintiffs, whose address is DCC 1181 Paddock Road Smyrna Delaware 19977 an Answer to the Complaint which I here with served upon you, within 20 Days After Service of this Summons upon you. Exclusive of the day of Service, or 60 days if the U.S. Government or Officer/Agent Thereof is a defendant. If you fail to do so, Judgment by default will be taken against you for the Relief demanded in the Complaint.

Clerk of The Court
Date: 11-25-05

Respectfully Submitted
Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctional Center