IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF Delaware

Frederick Wade K. Brown
PLAINTIFF
V.
Joesph Richardson
Warden Thomas Carroll
Correctional Medical Services
Department of Corrections
Officer Terry Watkins
Defendant's

RECEIVED DEC 5 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

CIVIL ACTION No. 05-343-S.L.R

ORIGINAL

## MOTION For DEFAULT Judgment

Plaintiffs move this court for a Judgment by default in this action. And show that the Complaint in the above case was filed in this court on the 9-23-05/9-12-05 day of September, 2005; The Summons and Complaint were duly served on the Defendant's, Warden Thomas L. Carroll, Department of Correction's, Correctional Medical Service, on the Date's of 12th/23rd of September 2005; No Answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the 12th & 23rd of September of 2005; No Proceedings have been taken by the Defendant since the default was entered; Defendant was not in military service and is not an Ifant or incompetent as appears in the declaration of Frederick Wade K. Brown submitted herewith.

Wherefore, Frederick Wade K. Brown PLAINTIFF moves that this court make and enter a Judgment that Frederick Wade K. Brown Prayer for Relief in Complaint

Dated: 11-27-05

Frederick Wade K. Brown
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware 19977