ORIGINAL

In The United States District
of The State of Delaware

---

Frederick Wade K. Brown
PLAINTIFF
v.

Joesph Richardson
Commissary Stanley Taylor
Warden Thomas L. Carroll
Correctional Medical Service
Officer Terry Williams
Department of Corrections
Defendant

PLAINTIFF's
First Request For
Production of Documents

CIVIL ACTION NO. 1:05 CV-343

---

Pursuant To Rule #34 of the Federal Rule of Civil Procedure PLAINTIFF Request That Defendent's Warden Thomas L. Carroll, Joesph Richardson, Officer Terry Williams, Correctional Medical Service, Commissioner Stanley Taylor, Department of Corrections, Produce for Inspection And Copy The Following Document:

1.) Copies of my medical Record's from Febuary 18 And 26 August 29 of 05 That Applies

2.) Copies of all Rule's And Regulation's And Policies of The Delaware About Treatment of Prisoners with mental Disability's

3.) To Have All Written Copies of my letters Copy by The Prison Law Library.

4.) Access To Tab off page's To my medical File

5.) For My First Request To Be Answer Within Two week's After This Document Is Seen After It's Read...

Sincerely
Frederick Wade K. Brown
11-25-05