OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 4, 2006

TO:  Frederick Wade K. Brown
     SBI #305890
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna, DE 19977

RE:  **U.S. Marshal 285 Forms**
     *Civil Action #05-343(SLR)*

Dear Mr. Brown:

   Please be advised that this office has received the USM 285 form for Officer Terry Williams. The Clerk's Office still requires that you submit a USM 285 for the Attorney General.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Sue L. Robinson