In the United States District Court For The State of Delaware.

Frederick Wade K. Brown
V.
John Doe 1,2,3,4
Date: Feb 28.05
Time: 4:30 EST
  et al

Civil Action No. 05-343-SLR

Motion For Leave To File An Amended Complaint

Plaintiff Frederick Wade K. Brown Pursuant to Rules 15(a) And 19(a), Fed. R. Civ. P., Requests leave To file An Amended Complaint adding a Party.

1. The Plaintiff In his Original Complaint Named a John Doe Defendant.

2. Since The filing of The Complaint The Plaintiff has Determined that The Name of The John Doe defendant Is [Defendant's Name]. Paragraphs [Paragraph In which I Refer To John Doe] Are amended To Reflect The Identity And The actions of Officer work At Delaware Department of Correction

3. This Court should Grant leave freely To Amend A Complaint Foman v. Davis 371 U.S. 178, 182 (1962).

Date 1-6-2006



Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctional Center
1181 Paddock Road
Smyrna Del 19977

FILED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff Frederick Wade K. Brown, SBI #305890, an inmate at Delaware Correctional Center. brings this Civil Rights Action Pursuant to 42 U.S.C. § 1983. He appears Pro Se and on September 19, 2005. Was granted in forma Pauperis status Pursuant to 28 U.S.C. § 1915. I am at this moment adding the Second Civil Right's Action against the Department of Corrections as Presently indicating its statement of claims

Date: 1-6-2006

Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctional Center
1181 Paddock Rd
Smyrna De 19977

If executed within the United State, its territories possession, or commonwealth: I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (Date)



IM Frederick Wall h Room
SBI# 305890    UNIT 23-D-U-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977


U.S.M.S
X-RAY

Judge Sue L. Robinson
Lock Box #18   844 King St
U.S. Courthouse
Wilmington, Delaware
19801