IN The UNITED State District Court For The State Of Delaware.

Frederick Wade K. Brown
V.
Department of Correction's Et Al Defendant's

Motion For Appointmen of Counsel
Civil Act No. 05-343-SLR

Pursuant To 28 U.S.C § (E)(1) Plaintiff (or Plaintiffs) moves for an order Appointing Counsel To Represent him In This Case. In support of this motion, Plaintiff states:

1.) Plaintiff is unable To afford Counsel. He has Requested leave To Proceed In froma Pouperis.

2.) Plaintiff's Imprisonment will greatly limit his ability To litigate. The Issues Involved In This Case are complex. And will Require significant Research and Investigatain. Plaintiff has limited access to The law library and limited knowledge of The law.

3.) A trial In This Case will likely Involve conflicting Testimony, And Counsel would better enable Plaintiff To Present Evidence and cross examine witness.

4.) Plaintiff has made repeated efforts to obtain a lawyer. Attached To This motion Are Copies of Motions filed of Appointmen of Counsel and Have Been denied Motion To Have 22 motion for Counsel. → without Prejudice

Wherefore. Plaintiff's Request That The Court To Appoint Counsel a member of The Lawyer's Bar, as counsel In This Case.

Date 1-6-06

FILED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware 19977



I/M Frederick Walcott Rom
SBI# 305890   UNIT # 23-D-U-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S X-RAY

Judge Sue L. Robinson
Lock Box #18  844 King St
U.S. Courthouse
Wilmington, Delaware
19801