IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

Frederick Wade K. Brown
PLAINTIFF
v.
~~Joseph~~ Richardson
Correctional ~~Medical~~ Service
~~Warden~~ Thomas L. Carroll
Officer Jerry Williams
Commissioner Stanley Taylor
Department of Correction's
DEFENDANTS

MOTION FOR APPOINTMENT OF COUNSEL

CIVIL ACTION NO. 05-343-S.L.R.

Pursuant to 28 U.S.C § 1915 (e)(1) Plaintiff (or Plaintiff) moves for an order appointing counsel to represent ME in this case. In support of this motion Plaintiff states:

1.) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2.) Plaintiff imprisonment will greatly limit his ability to litigate the issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3.) A trial in this case will likely involve conflicting testimony, and counsel would better enable my to present evidence and cross examine witnesses.

4.) Plaintiff has made repeated efforts to obtain a lawyer

Attached to this motion are
05-27-05 / 9-06-05 ; Docket Text

WHERE fore. Plaint (or) I Request that the Court Appoint _____, a member of the _____ Bar, as Counsel in this case.

Date 11-27-05

Frederick Wade K. Brown

Address DCC 1181 Paddock Rd
Smyrna Delaware
19977

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00343-SLR
### Internal Use Only

Brown v. Department of Corrections et al
Assigned to: Honorable Sue L. Robinson
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/27/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Frederick Wade K. Brown**      represented by   **Frederick Wade K. Brown**
SBI #305890
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Department of Corrections**

**Defendant**

**Wardon Thomas Carroll**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2005 | 1 | COMPLAINT filed pursuant to 42:1983 against Department of Corrections, Thomas Carroll - filed by Frederick Wade K. Brown. (Attachments: # 1 Part 2 of 2 of Complaint)(mwm, ) (Entered: 06/01/2005) |
| 05/27/2005 | 2 | Financial Statement filed by Frederick Wade K. Brown (mwm, ) (Entered: 06/01/2005) |
| 05/27/2005 | 3 | MOTION to Appoint Counsel - filed by Frederick Wade K. Brown. (mwm, ) (Entered: 06/01/2005) |
| 05/27/2005 | 4 | Letter to Court from Monty C. Pepper regarding being a witness to the abuse of Pltf. (mwm, ) (Entered: 06/01/2005) |
| 06/08/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 06/08/2005) |
| 06/13/2005 | 5 | ORDER; Filing Fee of $250.00 Assessed. Plaintiff requested to submit IFP application. Failure to submit items within 30 days will result in |

| | | | |
|---|---|---|---|
| | | | dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 7/13/2005.. Signed by Judge Sue L. Robinson on 6/13/05. (fmt, ) (Entered: 06/13/2005) |
| 3) → | 06/27/2005 | 6 | MOTION to Appoint Counsel - filed by Frederick Wade K. Brown. (fmt, ) (Entered: 06/28/2005) |
| | 07/07/2005 | 7 | First REQUEST for Production of Documents by Frederick Wade K. Brown.(fmt, ) (Entered: 07/11/2005) |
| | 08/09/2005 | 8 | ORDER dismissing complaint without prejudice; required document has not been received from the Plaintiff; Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee. (Copy to pltf.). Signed by Judge Sue L. Robinson on 8/8/05. (fmt, ) (Entered: 08/09/2005) |
| | 08/10/2005 | | CASE CLOSED (rld, ) (Entered: 08/10/2005) |
| | 08/17/2005 | 9 | LETTER/MOTION for Reconsideration - filed by Frederick Wade K. Brown. (fmt, ) (Entered: 08/23/2005) |
| | 08/23/2005 | | ***Case Reopened (fmt, ) (Entered: 08/23/2005) |
| | 08/25/2005 | 10 | ORDER granting 9 Motion for Reconsideration; Clerk of Court directed to reopen case; pltf. required to file by 9/29/05 a req. to proceed IFP; failure to timely file this request shall result in dismissal of this action without prejudice. Signed by Judge Sue L. Robinson on 8/24/05. (rld, ) (Entered: 08/25/2005) |
| 2) → | 09/06/2005 | 11 | LETTER/ MOTION to Appoint Counsel enclosing grievance forms and letters - filed by Frederick Wade K. Brown. (Attachments: # 1 Grievances and Letters)(fmt, ) (Entered: 09/08/2005) |
| | 09/06/2005 | 12 | MOTION for Leave to Proceed in forma pauperis - filed by Frederick Wade K. Brown. (fmt, ) (Entered: 09/08/2005) |