STATEMENT OF Claim II

This Took Place When I Happen To
Be Housed in Building 21 D-Tier
Cell upper #9 on February 2-18-05
I FREDERICK WADE BROWN And
my Cell partner Robert Chapmen AKA
Known As Resee chapmen was
just locking in From our Hour
Reckeation Est. 9:45 p.m. me And
Robert Chapman was locked in our Cell
Room playing Chest antill the lights
go off At Est 11:00 clock p.m. Robert
Climed up on His Bunk bed over Top of
mine To listen To The Radio while I
WAS WAShing my FACE And Brushing my
TEETH Before laying Down on The
Lower Bunk To go To sleep. While
laying Down Robert chapman Asked me
To change The station on The RAdio,
We both were listening To The RAdio
show called The Come up show, it Stay
on antill 2:00 clock A.m., While were
Trying To go To sleep, I climed Down
off of my Bunk To see if Robert
WAS Asleep, I couldn't see His FACE
To see if He WAS Asleep Asleep,

STATEMENT OF Claim II

So I ASSUMED THAT HE WAS ASLEEP
So I DECIDED To change THE STATION
To THE RADIO WHICH WAS AROUND
1:35 EST A.m. To something ELSE AND
slowly FELL ASLEEP AROUND 1:45 EST.A.m
ON THIS Above DATE I WAS SEXUALLY
ASSAULTED By RoBERT ChapmAN ARound
THE TIME OF EST. 2:45 am. I WAS
ASLEEP To HAD FOUND AND WOKEN UP
To suddenly Find my cell ~~PARTER~~
PARTNER RoBERT ChapmAN ON Top OF
my body unclothED AND WITH my BoxER
shorts HALF WAY OFF my BUTTOCK,
I HAD Thought THAT RoBERT chapmAN
WAS playing some sick gAME AT FIRST
So WITH me IN THAT FRAME OF
mind I didN'T pAy it much OF ATTENTION
BECAUSE I HAD just AWOKE To Find
Him ON Top OF me, AND By this Time
I didN'T REALLY WANT To TAKE Him
SERIOUS AT FIRST BECAUSE like I SAid
I WAS REALLY IN THE WRONG FRAME OF
mind just By HAVING Him ON Top OF my
Body AND my BoxER shorts pulled HALF
WAY down, So I didN'T No WHAT To SAy
But Told RoBERT To get OFF OF me,

STATEMENT OF CLAIM II

TWICE BEFORE HE SEXUALLY ASSAULT
ME, Robert Chapman WOULD NOT listen
TO ME AND position HIMSELF AND
WITH FORCE PENETRATED ME WHICH
AFFECTED ME deeply, MENTALLY AND
EMOTIONALLY IT TORN ME APART SO
I STARTED TO FIGHT TO gET Robert
CHAPMAN OFF OF ME BUT HE HAD
MORE OF AN ADVANTAGE ON ME
BECAUSE THE WAY Robert CHAPMAN
HAD gAIN position ON ME, I FELT A
RAZOR AROUND MY THROAT PRESS TO MY
THROAT CUTTING ME, AND A MUCH
SHARPER PAIN OF PENETRATION IN MY
BUTTOCK BECAUSE Robert CHAPMAN
HAD ENTERED IN ME physically By FORCE
ONCE I gOTTEN Robert CHAPMAN OFF
ME HE RAN OVER TO THE BATHROOM
SINK TO WASH OFF HIS gENITALS
While I WAS PREPARING MY CLOTHING AND
gETTING MYSELF TOgETHER TO WRITE
UP A GRIEVANCE FORM ON THIS ISSUE
AND IN THE PROCESS I HAD ALSO
WRITTEN THE NURSE A NOTE ABOUT
THE SEXUAL ASSAULT ON ME BEFORE,

## STATEMENT OF CLAIM II

STAFF AND A NURSE HAD EVEN CAME
TO MY CELL FLAP. I CONTINUED TO
Fighting WITH Robert chapman ANTIL
THE NURSE Becky AND SERGEANT
Beckls CAME AROUND TO MY CELL FLAP,
AS A MAN IT WAS VERY UPSETTING
AND AN EMBARRASSMENT FOR me
IF YOU CAN JUST UNDERSTAND THE
STATE OF mind I WAS IN BUT STILL
IT WAS TOLD TO STAFF AND NURSE
Becky AND I ALSO HANDED THE
GRIEVANCE FORM TO SERGEANT Beckls
TO READ WITH ALSO A SECOND NOTE TO
THE NURSE Becky TO READ ALSO AND
SERGEANT Beckls ALSO READ THE NOTE
BEFORE I HAD GIVEN IT TO NURSE
Becky WHICH I AM REFERRING TO THE
SECOND NOTE BUT WHEN THIS SECOND
NOTE WAS GIVEN TO SERGEANT Beckls
HE NEVER HAD GIVEN IT TO NURSE
Becky I ASKED IF SHE RECEIVED THE
NOTE AS IT APPEARS NO ONE HAD SEEM
TO KNOW ANYTHING, I IN THE PROCESS
WAS ASKING NURSE Becky TO GIVE ME
AN EXAMINATION FOR EVIDENCE AS,

STATEMENT OF CLAIM II

PROOF FOR A SEXUAL ASSAULT. I HAD
A COPY OF THE NOTE I HAD GIVEN
TO SERGEANT BECKI's TO GIVE TO
NURSE BECKY AND ALSO TO READ,
NURSE BECKY CLAIM HER NOTE WAS
NEVER RECEIVED BY SERGEANT BECKI's
AND ALSO THE GRIEVANCE I HAD GIVEN
TO SERGEANT BECKI's I FILED CONCERNIN
THE SEXUAL ASSAULT WAS NEVER
DROPED IN THE GRIEVANCE BOX, SO I
TRYED TO TELL THE STAFF ON THE 8 TO 4
SHIFT WHAT HAD HAPPEN TO ME, SINCE
SERGEANT BECKI's didn't BELIEVE MY
STORY AND COVERED IT UP AND THE 8 TO 4
SHIFT didn't TAKE ME SERIOUS AT ALL
IT SEEMS liKE STAFF WANTs A PERSON
TO REACT TO PRESENT SITUATIONS SO
THEY CAN BE JUSTIFIED WHEN HANDLING
SUCH DISCIPLINARY BEHAVIORS WHICH is
ALWAYS LOOKED AT AS SUCH NEGATIVE
VIEWS DUE TO REAL SERIOUS ISSUES
ESPECIALLY WHEN A PRISONER is IN THE
RIGHT. I WAS NEITHER MOVED TO ANOTHER
CELL I HAD TO REMAIN IN THE SAME
CELL WITH ROBERT CHAPMAN, ALL DAY I SLEP
ANTILL THE 4-TO 12 SHIFT,

STATEMENT OF Claim II

CAME ON I HAD AWOKEN UP TO THE
SOUND OF MY CELL FLAP OPENING, I
didn't TALK To Robert chapman All
day SINCE MY SEXUAL ASSAULT OCCURRE
SO I get up WHEN HEARING MY
FLAP OPEN TO RECEIVE MY MEDICATIONS
FROM THE NURSE AND RETURNED BACK
TO MY BUNK AND laid BACK down ANTill
lunch CAME, AND I STILL HAVE NOT
SPOKEN TO Robert chapman SO EVENTUALLY
MY DINNER CAME AS WELL AFTER SOME
BRIEF HOURS TO MY CELL FLAP, SO I
let Robert chapman get HIS TRAY FIRST
Through THE FOOD FLAP SO THAT I
Could SEE WERE HE WAS going TO EAT
HE'S dinner AT WHAT PART OF THE
SECTION OF THE CELL, Robert TRied
TO TALK TO ME About WHAT HAPPEN last
Night BUT By ME BEING NOT iN THE
Right FRAME OF mind MENTALLY AND
physically I REFUSE TO give Him ANY
CONVERSATION AFTER WHAT WAS donE
UNTo ME. ITS HAS BEEN SEVENTEEN
HOURS SINCE THE SEXUAL ASSAULT AND
STILL I HAVE NOT BEEN TAKEN SERIOUSLY,

STATEMENT of Claim II

AND STILL NO RESULTS HAVE COME ABOUT
FROM THE STAFF, I CAME OUT OF
MY CELL AT EST. 8:35 FOR RECREATION
AND TO TAKE A SHOWER I HEARD
ROBERT CHAPMAN CALLING ME BY MY
NAME I STILL IGNORED HIM ANTILL
HE SAID SOMETHING VERY THREATENING
ABOUT MY SISTER AND MY NEPHEW
BECAUSE MY SISTER HAS A BABY BY
HIM, SO I TURNED AROUND AND HE
SAID IT AGAIN, HE SAID THAT HE
WOULD KILL MY SISTER MELESSA AND
GAIN FULL CUSTODY OF MY NEPHEW IF
I SAY SOMETHING ABOUT THE SEXUAL
ASSAULT ON ME, NOW THAT IS TO BE
TAKEN SERIOUSLY BECAUSE BY THE
WAY HE IS A VIOLENT CRIMINAL, I
KNEW THAT I HAD TO GET AWAY FROM
ROBERT CHAPMAN BECAUSE I WASN'T
GONNA LET HIM GET AWAY WITH WHAT
HE DID TO ME OR LET HIM DO ANY
THING TO MY BABY SISTER MELESSA,
SO ON SATURDAY 19, 2005 I WRITTEN
ANOTHER NOTE TO THE NURSE NAME
BECKY ABOUT THE SEXUAL ASSAULT

STATEMENT OF Claim II

(RAPE) AND HANDED TO HER BY HAND
TO READ 24 HOUR'S AFTER I WAS (RAPE)
SEXUALLY ASSAULTED I WAS SUMMONS TO
SEE NURSE BECKY ABOUT MY NOTE TO
HER. OFFICER'S John DOE (1) AND John
DOE (2) TOOK ME FROM MY CELL ROOM
TO THE NURSE'S OFFICE TO SEE NURSE
BECKY, I TOLD NURSE BECKY ALL ABOUT
THE (RAPE) SEXUAL ASSAULT BETWEEN ME
AND MY CELL PARTNER ROBERT CHAPMEN AND
CALLED HER SUPERVISOR ABOUT THE SEXUAL
ASSAULT AND I GOTTEN A EXAMINATION DONE
BY NURSE BECKY. A LIEUTENANT John DOE
CAME TO THE NURSE OFFICE TO SPEAK TO
ME ABOUT THE SEXUAL ASSAULT BUT WE
ENDED UP ARGUING ABOUT THE 24 HOUR'S
RAPE BETWEEN THE TIME IT HAPPEN AND
THE TIME I'VE SAID SOMETHING ABOUT
THE SEXUAL ASSAULT. LIEUTENANT John DOE
TOLD ME THAT I WAS GOING TO BE PUT
ON PROTECTIVE CUSTODY ANTILL THE
INVESTIGATION WAS OVER, I WAITED ANTILL
OFFICER'S John (1) AND John DOE (2) MOVED
ME FROM BUILDING #21 TO BUILDING #18-B-TIE
LOWER #12. ON THAT SAME DAY A OFFICER

STATEMENT OF Claim II

John Doe CAME TO me WANTING me
To File A Complaint Form Against
Robert Chapmen, I WRITTEN that I
WAS Rape by A prisoner name Robert
Chapmen And The officers John Doe
(1) John Doe (2) John Doe (3) And John Doe
(4) And Also lieutenant John Doe All
left B-Tier And Kept me on B-Tier
in A signal cell Lower #12. EST. DATE
February 28, 2005 I WAS SEEN By
Internal Affairs Joseph Richardson
of The Department of Corrections
About The sexual assault, He Asked
me questions About The sexual
assault (Rape) I Told Him How it
Had Happen From The Begining To
The End Evert Evidently I WAS not
Taken seriously By Internal Affairs
Joseph Richardson And even That
Nurse Becky Told lieutenant John Doe
That I WAS Trying To get Her Attention
The First Time she came To my cell
Room But she didn't even play much
Attention To me. And Internal Affairs
Joseph Richardson didn't even carry out
As 8F Having charges placed Against
Robert Chapmen like I Requested.

EXIBIT ⑧    April 4,05

(Copy)

Dear State Police;

I'm an Inmate at the Deluware Correctional Center
Im also a Victem of Rape within The Prison System
I wish To File Rape Charge'st on a Nother Inmate
Name Robert chapman; I've Made it totaly Clear To
The Correctional officer's As Well As To Norse "Beck"
Who've did the Amzaminenation on Me ① To The Correctal
Prevent Investigator "Joseph Richardson" that I wan
ed Charge'st to Be Filed "But" No Charge'st where
Filed on Robert Chapman And no state Police officer
where brought in from the outside For me To Talk
To or File street charge'st on This Inmate. The Prison
Facility Known's that they will Be Heald accountAble
For what Have Happen To Me. State office Rape is Rape
And My Right's where Violated within The Correct
Al Facility And I want charge'st To Be Filed on Robert
Chapman For Raping me. Please Come in This Facility
I Neat Your Help...

                              Signature By
                         Junmar Frederick N. dawson
                              SBI # 213410
                              BU. 18 A-L 11

20F2

FORM #584

## GRIEVANCE FORM

FACILITY: DCC

DATE: 4-11-05

GRIEVANT'S NAME: Frederick Brown

SBI#: 305890

CASE#: 160000

TIME OF INCIDENT:

HOUSING UNIT: Bldg #18, B-lower #11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON February #18 or #19 Because I'm Not sure of The Exact date "But" I written A Grievance on The Prison system For what Happens to Me IN Bldg #21 D-Upper #9, I've written The Action That Happen to me AND Handed To Sergeant Beckles To Put in the Grievance Box on D-Tier, I Also written The NAME of the INMATE THAT sexually Assulted Me. I Also stated To Joseph Richardson That I WANTED Charge'st To Be Press or filed on This INMATE. I've HAVEN'T Soon or HEARD ANY Resault's of Charge'st Being Filed on The INMATE.

ACTION REQUESTED BY GRIEVANT: I WANT charge'st to Be Filed on This INMATE as Soon as Possible AMD to See or Hear Some Resaults Being Done Q For Joseph Richardson to Get or Respond BACK with Me As Soon As Possible

GRIEVANT'S SIGNATURE: Frederick Brown    DATE: 4-11-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

APR 1 8 2005

Inmate Grievance Office

**FORM #584**

**GRIEVANCE FORM**

Inmate Copy

FACILITY: _D.C.C_    DATE: _4-7-05_

GRIEVANT'S NAME: _Frederick W Brown_    SBI#: _305890_

CASE#: _14200_    TIME OF INCIDENT: _____

HOUSING UNIT: _Bldg #19, B-Lower #11_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On February 18th or 19th Because I'm not sure of the exact date, But
I've written a Grievance, on the Prison System for what Happens
To me, in Bldg #21 D-11-9, I've written the action that Happens
and written the Name of the Defendant (Robert Chapman).
I've stated to Joseph Richardson That I wanted Charge's
To Be Filed on him and I've seen know Results of charge's
Being Filed on the Defendant (Robert Chapman)?....

ACTION REQUESTED BY GRIEVANT: _I want charge's to Be Filed on Robert_
_Chapman as soon as Possible and to See Some Results_
_being Done._

GRIEVANT'S SIGNATURE: _Frederick Brown_    DATE: _4-7-05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _✓_(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

APR 1 1 2005

Inmate Grievance Office

EXIbT A    Date Sent
            4-9-05.    (Copy)

Dear Warden Carroll:

I'm Frederick Brown SBI #305890 Bldg #18, B-L #11.
Have written a letter to Joe Richardson
And didn't get a Response back from him about
The Prison Rape-Investigation on Me and the Boy
Robert Chapman or Rather saying Between Me
and Inmate Robert Chapman. Warden Carroll
My Family and I would like to Know if there
was Charge'st Filed on the Other Inmate Named
Chapman; if Not then why hasn't there Been Any
Charge'st Put on this Inmate Named Robert Chapman
For the Feb, 18th ~~~~ of 2005 Prison Rape of me?...

Please Response Back to this Letter soon as
Possible...


Signature For Frederick w. Brown
SBI 305890, Bldg #18 B-L #11

2 0F 2
2 0F 2

EXIbt G



Dear Attorney General's Office

I'm an Inmate at the Deleware Correctional
Center. I'm also a Victem of Rape within the
Prison System. I wish to file Rape charge'st on
a Nother Inmate Name Robert Chapman, I've
made it totally Clear to the Correctional officer's
As well as to Nurse "Becky" where did the
Anxmeration on me @ to the Corrections Invent
"Investigate" Joseph Richardson" that I wanted
Charge'st to be filed but no charge'st where
filed on Robert Chapman and No State Police
where brough in from the outside for me to
Talk to or file street charge'st on this Prison
Because they know that the Prison will be
held accountable for what have Happen to
me, Rape is Rape and my 8th amendment Rights
where Violated within the Correctional facility
and I want charge'st to be filed on Robert
Chapman...

Signature by,
Inmate Frederick W. Brown
S.B.I.# 305870
BY 18 B-2-11

LX 2 OF 2





U.S.M.S
X-RAY

Judge Sue L Robinson
Lock Box #8 844 King St
U.S. Courthouse
Wilmington, Delaware
19801

I/M Frederick Black LeBrown
SB# 305890     UNIT 23-D-U-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977