IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREDERICK WADE K. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-343-SLR ) |
| DEPARTMENT OF CORRECTION, et al., | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

At Wilmington this 18th day of January, 2006;

IT IS ORDERED THAT:

1. Plaintiff Frederick Wade K. Brown's motion for leave to file an amended complaint is DENIED. (D.I. 31) The court previously granted three motions to amend the complaint. (D.I. 22, 23, 24, 29); See Fed. R. Civ. P. 15(a) ("[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served") (emphasis added). In this most current motion, plaintiff indicates he wishes to amend the complaint to identify a previously named John Doe, but he fails to provide the identity.

2. Plaintiff's motion to appoint counsel is DENIED. (D.I. 32) The December 15, 2005, order advised plaintiff that motions for appointment of counsel filed prior to service would be dismissed without prejudice. (D.I. 29) To date service is not complete.

3. Plaintiff's statement of claim II is noted and is

construed as an exhibit to the original complaint. (D.I. 33) The statement of claim contains details regarding plaintiff's allegations of a sexual assault and defendants' failure to investigate the matter. The failure to investigate claim was dismissed by the court on December 15, 2005. (D.I. 29)

                                              _____
                                              United States District Judge