IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FREDERICK WADE K BROWN
APPELLANT,

v.

Terry Williams
Department of Correction
APPELLEE.

CIVIL ACTION NO. 05-343-SLR

FILED
FEB -8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 2-8-06

Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Corr. Center
Smyrna, DE 19977

IN The United States District Court for The State of Delaware.

Frederick Wade K. Brown, Plaintiff
v.
Terry William's Department of Corrections et Al, Defendant's

Motion For Appointment of Counsel

Civil Action No. 05-343-SL

Pursuant to 28 U.S.C. §1915 (e)(1) Plaintiff (or Plaintiff) Moves for an order appointing Counsel to Represent him In this Case. In support of this motion, Plaintiff state:

1. Plaintiff's is unable to afford Counsel. He has Requested leave to proceed In forma pauperis.

2. Plaintiff's Imprisonment will greatly limit his Ability to litigate. The Issues Involved In This Case are Complex, and will Require significant Research and Investigation. Plaintiff has limited Access to the law library and limited knowledge of the law.

3. A trial In this Case will likely Involve conflicting Testimony, and Counsel would better enable Plaintiff to Present Evidence and Cross Examine witnesses.

4. Plaintiff has made Repeated efforts to obtain a lawyer. Attached to this motion are

WHEREFORE, Plaintiff Request that the Court Appoint Counsel, a member of the state Bar, as

2 of 2

If executed within the United States, Its Territories, Possessions, or Commonwealths: "I Declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on (date)

Date 2-8- 06

Frederick Wade K. Brown
DCC
1181 Paddock Road
Smyrna, DE 19977

Civil Docket For Case # 1:05-CV-343 SLR

the the Dates of appointment of Counsel Requested By Plaintiff Frederick Wade K. Brown

① Date 5-27-05 Motion to appoint Counsel Filed Plaintiff Frederick Wade K. Brown (Entered 6-1-05)

② Date 6-27-05 Motion to appoint Counsel Filed By Plaintiff Frederick Wade K. Brown (Entered 6-28-05)

③ Date 9-6-05 Motion to appoint Counsel Enclosing Grievance Forms and letters filed by Plaintiff Frederick Wade K. Brown (Entered 9-8-05)

④ Date 11-27-05 Motion to appointment Counsel Filed By Plaintiff Frederick Wade Brown (Entered 11-29-05)

⑤ Date 1-19-06 Motion to appoint Counsel Filed by Plaintiff Frederick Wade K. Brown (Entered 1-21-06)

Have all been denyed by Judge Sue L Roberson For what Reason!...

I/M Frederick Wade K. Brown
SBI# 326820   UNIT 23-D-U-70
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. MAIL
X-RAY

$00.63
FEB 07 2006
MAILED FROM ZIPCODE 19977

To
The Clerk of the Court
U.S. District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801