Date 2-4-06

Dear Clerk of the Court;

I would like to know the head Judge that's over Judge Sue L. Roberson for the reason's of me being denyed appointment of Counsel. I have been denyed appointment of Counsel several of time's and yet I'm still asking for appointment of Counsel.

I feel that my right's are being denyed of the opportunity of appointment for Counsel Because I am a State Prisoner with right's to file a suit and I would like to know who's the Head Judge that over Judge Sue L. Roberson and the name of that Judge. I want to know why I'm being denyed the opprtunity of appointment of Counsel and the Reason's of the appointment of Counsel Motion of My Request.



RECEIVED
FEB -8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE