In The United States District Court For The State of Delaware:

Frederick Wade K. Brown
  Plaintiff
  v.
Department of Corrections
Terry Williams
  et al
  Defendants

Plaintiffs First Request For Production of Documents

Civil Action No. 1:05-343-SLR

Pursuant to Rule 34 of the Federal Rule of Civil Procedure, Plaintiff Requests that Defendant's Terry Williams @ Department of Corrections Produce for Inspection and Copying the following Documents:

(1) The Complete Prison Records of All Plaintiffs.
(2) All Written Statements, Originals or Copies, Identifiable as Reports about the Sexual @ Physical Assaults Incidents on February 18, 2005 @ February 26, 2005, made by Prison and Civilian Employees of the Department of Corrections and Prisoner Witnesses.
(3) Any and All Medical Records of Plaintiff from the time of his Incarceration in Delaware Correctional Center Through and Including the Date of Your Response to This Request in 30 Days.
(4) Any and All Rules, Regulations and Policies of the Delaware Department of Corrections about Treatment Prisoners.
(5) Identify Attach a copy of and All documents showing who was on duty in Building 21 D at EST Time 2:45 AM the Night of February 26, 2005.

Dated: 2-28-06
Signed: Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware 19977


FILED
FEB 28 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE

If Executed within the United State, Its Territories, Possessions, or Commonwealths: I declare (or certify verify, or state) under Penalty of Perjury that the foregoing is True and Correct Executed on (Date).

I/M Frederick K Branch
SBI# 305896   UNIT Bldg 23-D-U-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE 198, PM 27 FEB 2006]

Judge Sue L Robinson
U.S. District court
844 N. King Street Lockbox 18
Wilmington Delaware
19801