Date 1-22-06

05-343

Dear Honorable Sue L. Robinson;

I would kindly appreciate it if this

Honorable Court also Please subpoena any

and all Following Evidence to be also Forward

to this Honorable Court in behalf of the Plaintiff

Frederick Wade K. Brown an Inmate at the

Delaware Correctional Center, who bring's this

Civil Right's action Pursuant to 42 USC
1983

Sincerely
Frederick Wade K Brown
Delaware Correction Center
1181 Paddock Rd
Smyrna Delaware 19977

FILED

FEB 28 2006

SUE L. ROBINSON
U.S. DISTRICT JUDGE

Date 2-22-06

Dear Honorable Judge Sue L. Robinson;

Hello How are you doing at this Present time I am unable to attain Counsel For Representation I am in very dire need of Counsel For my Representation, I Pray and hope this Honorable Court grant me Counsel in order to Represent Me on my behalf Which I do not have a Formal Education in the law or is at this time able to Represent myself which such Medication's I digest keep's me disorient in Order to be able to better Prepare my case. I Pray this Honorable Court grant me the Relief to be Presented with Counsel For my Representation which numerous time's Motion's have been Filed Concerning these Matters I Sincerely Pray and, wish that that Honorable Judge Sue L. Robinson Please Grant me this Relief Concerning the Represent- ation of Counsel on My Behalf.

Sincerely

Frederick Wade K. Bomy

Delaware Correctional Center

1181 Paddock Rd

Smyrna, Delaware 19977

FIRST CLASS

WILMINGTON DE 198
PM 24 FEB 2006

I/M Frederick Whistle K. Brown

SBI# 265790    UNIT Bldg 23-D-U-10

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

To Honorable Sue L. Robinson
Lock Box 18 844 King Street
U.S. Court house
Wilmington, Delaware
19801