IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREDERICK WADE K. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-343-SLR |
| | ) |
| DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of William Terry. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Lisa Barchi
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

Dated: MARCH 16, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on March 16, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

  Frederick Wade K. Brown, Inmate
  SBI # 305890
  Delaware Correctional Center
  1181 Paddock Road
  Smyrna, DE 19977

                /s/ Lisa Barchi
                Deputy Attorney General
                Department of Justice
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                lisa.barchi@state.de.us