IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FREDERICK WADE K. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-343-SLR |
| | ) | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO DISMISS/SUMMARY JUDGMENT**

COMES NOW, Defendant, William C. Terry, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12 (b)(6) and 56 of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the defendant. In support of their motion to dismiss/summary judgment, Defendant has filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              /s/ Lisa Barchi
                                              Lisa Barchi  #3927
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 N.  French Street, 6th floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              lisa.barchi@state.de.us

                                              Attorney for State Defendants

DATE: March 27, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FREDERICK WADE K. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-343-SLR |
| | ) | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendant in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
The Honorable Sue L. Robinson, Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2006, I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF.  I hereby certify that on March 27, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Frederick Brown
SBI # 305890
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us