# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

FREDERICK WADE K. BROWN,               )
                                        )
      Plaintiff,                       )
                                        )
      v.                               )        C.A. No. 05-343-SLR
                                        )
DEPARTMENT OF CORRECTIONS,              )
et al.,                                 )
                                        )
                                        )
      Defendants.                      )

I, Michael Little, having been duly sworn according to the law, do hereby depose and state the following:

1.    I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as Legal Services Administrator. I have been employed by the Department of Correction for 15 years. My duties include the supervision of the law libraries, Hearing Office and Video Court at DCC. In addition, I coordinate the collection of records, such as medical records, grievance reports, incident reports and disciplinary reports, when requested. I have held this position since August of 2002.

3.    In response to a request from the State of Delaware Department of Justice, I have collected the incident reports written at the time of the February 26, 2005 incident involving Frederick Brown. I also requested, obtained and forwarded to the Department of Justice, Frederick Brown's medical records pertaining to the February 26, 2005 incident. In addition, I compiled the disciplinary reports generated from the February 26, 2005 incident, along with photographs of Frederick Brown, taken on February 26, 2005. These items were also sent to the Department of Justice.

4.   All documents and photographs are true and exact copies of the original documents on file at DCC.

5.   I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

Michael Little

SWORN TO AND SUBSCRIBED BEFORE ME THIS 24 DAY OF March 2006.

Timothy J. Martin
NOTARY