| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020457 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 18:45 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center     **Followup Required:** No
**Incident Location:** Bldg.18 B Tier
**Location Description:** SHU 18 B tier Lower 12
**Violated Conditions:** 1.02/200.201 Assault
   1.06/200.203 Disorderly or Threatening Behavior
   2.06/200.108 Failing to Obey an Order

**Description of Incident:**

On the above date and approx. time during a tier check and phone punch on B wing I, C/o Samantha Layton checked the lower cells while C/o William Terry checked the upper cells, after closing the phone punch box, I/m Brown, Frederick SBI # 305890 began to tell me that I was going to give him a phone call today. I told I/m Brown thru the door "No phone calls on Saturday the phones are off." he then continued to tell me I was giving him a call he has had calls in 17 and in 21. I informed I/m Brown "you are on a tier that doesn't get phone calls on Saturday just like 17 and 19, the phone is off." I/m Brown began arguing with me that he was going to make me give him a phone call. I then told I/m Brown "No one gets a phone call on this tier on Saturdays, I am not going to argue with you. I am walking away now." I then did walk away with C/o Terry, we stopped to answer a question at a nearby cell and we could hear I/m Brown yelling and cussing saying things towards me such as "What's your name Bitch? I know you wont tell me your name Pussy!". C/o Terry went over to I/m Brown's cell, opened the flap, and spoke to him. I heard some discussion, then I heard I/m Brown yell. C/o Terry clearly stated to him "Sir, you will not disrespect any staff." , then closed the flap. I/m Brown yelled and cussed more and caused the tier to tell him to be quiet, hooting and holloring. I used the radio to send the other two floor officers to B tier for back-up. Sgt Terhune and C/o Gonzalez responded to B tier. I then called for B lower 12 to be opened. The door was opened C/o Terry ordered I/m Brown to cuff up, instead I/m Brown yelled at C/o Terry and told him "What the fuck is this for?!" and yelled more that I could not understand. He did get cuffed from behind and was escorted off the tier by all four officers to the observation room. We then notified Lt. Welcome of the incident. After notifying the Lt. we heard loud banging and crashing. C/o M. Phillips told us from the pod that I/m Brown was throwing and breaking the barber chair and he had stepped through the cuffs so they were in front. We, the same four officers, went to the observation room door. Sgt. Terhune ordered I/m Brown to get to the back of the room, he did. The door was opened, we noticed I/m Brown's mouth was freshly bleeding, had some other scratches, and he had sprayed blood all over the room, also parts of the broken chair laid all over the floor. C/o Terry and Sgt. Terhune entered the observation room together to remove the now broken barber chair and trash can. On C/o Terry's way out of the room I/m Brown pushed C/o Terry from behind. C/o Terry turned around getting ready to say something and I/m Brown pushed him again from the front, out of the room. Sgt. Terhune secured and double locked the door. Both Lt. Welcome and S/Lt. Rispoli were informed of the incident in person. Nurse Betty Bryant had cleared I/m Brown. Did proper paperwork. End of report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Frederick, Brown I/m | No | Small Superficial Cuts. Per Medical No Treatment Requir |

**Evidence Type:** broken pieces of barber chair     **Date Collected:** 02/26/2005
**Discovered By:** Samantha, Layton     **Secured By:** Samantha, Layton

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used** : hand cuffs
**Immediate Action Taken:**
Notified area Lt and Lt Rispoli. Did paperwork.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Samantha, Layton | N/A | Correctional Officer |
| Staff | William, Terry C | N/A | Correctional Officer |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Michelle, Phillips | N/A | Correctional Officer |
| Inmate | Frederick, Brown W | 00305890 | N/A |

| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020457 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 18:45 | Confidential: No |
|---|---|---|---|---|

Reporting Officer: Layton, Samantha (Correctional Officer)     Entered By: Layton, Samantha (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 02/26/2005  Approved by: Profaci, Alisa  (Shift Commander - Large Inst.)

Comments: N/A