| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020454 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 18:45 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No

**Associated Disciplinary Report #(s)** 1016356

**Incident Location:** Bldg.18 B Tier

**Location Description:** B wing building 18

**Violated Conditions:**
1.06/200.203 Disorderly or Threatening Behavior
1.02/200.201 Assault
2.06/200.108 Failing to Obey an Order
1.04/200.209 Damage or Destruction of Property (Over $10)
2.03/200.106 Creating a Health, Safety or Fire Hazard

**Description of Incident:**

On the above date and time, I C/O William Terry, along with C/O Samantha Layton, was on B tier doing a phone punch/ tier check. From the up stairs phone I heard conversation coming from down stairs. Descending the stairs I observed C/O Layton standing at lower 12 talking with I/M Frederick Brown. I heard C/O Layton say "no one on this tier gets a phone call on Saturday, I'm not going to argue with you, I am walking away now" I/M Brown then became beligerent yelling "whats your name Bitch? I know you won't tell me your name Pussy!" I C/O Terry approached lower 12 and told I/M Brown that he did not get a phone call today, and was not to be disrespectful to staff and needed to stop being disruptive. I/M then began kicking the door and yelling. C/O Layton called for back up and Sgt Terhune and C/O Gonzalez responded. I/M Brown was ordered to come to the door and cuff up. I/M continued being hostile saying "what the fuck is this for, I'm already under investigation mother fucker". I/M was cuffed behind his back, escorted off the tier, placed in the observation room and then Lt Welcome was notified. Before Lt Welcome arrived in the building, a loud crashing was heard from the observation room, and I saw I/M Brown kicking the barber chair to pieces, blood was coming from his lip and I/M was spitting blood on the windows. Sgt Terhune and I ordered I/M Brown to step to the back of the room, which he did. Sgt Terhune and myself then entered the observation room to remove the chair. As we were exiting the room I felt myself being shoved from the back. Regaing my balance and turning around I saw that I/M Brown had stepped thru his cuffs and now had them in front. He said "thats right you stupid mother fucker, I'm already under investigation, get some more!" and placed his hands on my chest, shoving me back out the door. Sgt Terhune immediately secured the door. End of report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Frederick, Brown | No | Self Inflicted Cut To Lower Lip |

**Evidence Type:** chair pieces    **Date Collected:** 02/26/2005
**Discovered By:** , C/O Terry    **Secured By:** , Shit Commander

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used**  : handcuffs

**Immediate Action Taken:**
I/M escorted to observation room, area Lt notified, I/M seen by medical.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Frederick, Brown W | 00305890 | N/A |
| Staff | William, Terry C | N/A | Correctional Officer |
| Staff | Samantha, Layton | N/A | Correctional Officer |
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Staff | Michael, Welcome | N/A | Staff Lt./Lt |

**Reporting Officer:** Terry, William C (Correctional Officer)    **Entered By:** Terry, William C (Correctional Officer)

| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020454 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 18:45 | Confidential: No |
|---|---|---|---|---|

**Approval Information**

[X] Approved  [ ] Disapproved  Date: 02/26/2005  Approved by: Profaci, Alisa  (Shift Commander - Large Inst.)

Comments: N/A