| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020459 | Smyrna Landing Road SMYRNA DE, 19977 Phone#: 302-653-9261 | |

## INCIDENT REPORT

Group#: N/A    Type: Inmate Involved    Incident Date: 02/26/2005    Time: 18:15    Confidential: No

Facility: DCC Delaware Correctional Center    Followup Required: No
Incident Location: Bldg.18 B Tier
Location Description: 18 B lower 12

Violated Conditions: 1.02/200.201 Assault
1.04/200.209 Damage or Destruction of Property (Over $10)
1.06/200.203 Disorderly or Threatening Behavior
2.06/200.108 Failing to Obey an Order

**Description of Incident:**
On the above date and approx. time Sgt. Terhune responed to a call for backup on b wing from c/o Samantha Layton. Arriving at cell 18B lower 12 c/o William Terry ordered I/M Frederick Brown to be handcuffed and I/M Brown began yelling "What the fuck is this bitch?" I/M Brown was secured and removed from the tier to the observation room and notified the area LT. At this time we heard a loud banging noise and responed back to the observation room where we discovered I/M Brown kicking and throwing the chair around the room. I/M Brown had slipped the cuffs to the front and there was a small amount of blood on his lip and chin. Sgt. Terhune and C/O Terry entered the observation room ordered I/M Brown to the back of the room and removed the broken chair. When we turned to leave I/M Brown pushed C/O Terry screaming "fuck you bitch!" I/M Brown was secured in the observation room and seen by medical nurse Bryant

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Frederick, Brown | No | Minor Skin Abrasions |

Evidence Type: N/A    Date Collected: N/A
Discovered By: N/A    Secured By: N/A

Type of Force Used  [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used    : N/A

**Immediate Action Taken:**
area LT. notified seen by medical

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | William, Terry C | N/A | Correctional Officer |
| Staff | Samantha, Layton | N/A | Correctional Officer |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Inmate | Frederick, Brown W | 00305890 | N/A |

Reporting Officer: Terhune, Harold W Iii(Co Corporal/Sgt. - Large Inst.)    Entered By: Terhune, Harold W Iii(Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 02/26/2005  Approved by: Profaci, Alisa  (Shift Commander - Large Inst.)
Comments: N/A