| Incident# | **DCC  Delaware Correctional Center** | Date: 03/09/2006 |
|---|---|---|
| **1020458** | **Smyrna Landing Road** | |
| | **SMYRNA DE, 19977** | |
| | **Phone#: 302-653-9261** | |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 18:26 | Confidential: No |
|---|---|---|---|---|

Facility: DCC  Delaware Correctional Center                                    **Followup Required :** No

Incident Location: Bldg.18 B Tier

Location Description: B tier cell Lower 12

Violated Conditions: 1.02/200.201 Assault

1.06/200.203 Disorderly or Threatening Behavior

2.03/200.106 Creating a Health, Safety or Fire Hazard

2.06/200.108 Failing to Obey an Order

**Description of Incident:**

On the above date and approximante time I, C/O Michelle Phillips was assigned to bldg 18, A/B control pod. C/O Samantha Layton notified me by radio that back up was needed on B wing. C/O Victor Gonzalez and Sgt Harold Terhune responded to B wing. C/O Layton then called over the radio to open cell Lower 12 (I/M Brown, Frederick SBI # 00305890) I/M Brown was cuffed in the back and escorted off the tier by C/O Layton, C/O Terry, Sgt Terhune, and C/O Gonzalez. I/M was secured in the observation room. While observing I/M Brown, I saw him step over the cuffs causing them to now be in front of him. While he was doing this, he knocked over the barber shop chair over. I/M Brown then began to spit blood on the door and walls of the observation room.The above mentioned officers opened the door to remove the chair and noticed I/M Brown bleeding from upper lip. LT Welcome was then notified of the situation. At approximately 1848 LT Welcome and S/LT Rispoli entered bldg 18 to talk with I/M and staff. I/M Brown was checked and cleared by medical, Nurse Betty Bryant, and transferred to 18 C iso. End of report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Frederick, Brown  I/M | No | Minor Cuts, Abrasions. Per Medical No Treatment Neede |

Evidence Type: N/A                                                             Date Collected: N/A

Discovered By : N/A                                    Secured By: N/A

Type of Force Used [ ]    PHYSICAL    [ ]    CHEMICAL [ ]    STUN [X]    OTHER  [ ]    CAPSTUN [ ]    NONE

**Restraints Used**    : handcuffs

**Immediate Action Taken:**

404 submitted

| Individuals Involved | | | |
|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | **Title** |
| Staff | Michelle, Phillips | N/A | Correctional Officer |
| Staff | Samantha, Layton | N/A | Correctional Officer |
| Staff | William, Terry C | N/A | Correctional Officer |
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Michael, Welcome | N/A | Staff Lt./Lt |
| Inmate | Frederick, Brown W | 00305890 | N/A |

Reporting Officer: Phillips, Michelle  (Correctional Officer)              Entered By: Phillips, Michelle  (Correctional Officer)

| Approval Information |
|---|

X   **Approved** |          **Disapproved   Date:** 02/26/2005 **Approved by:** Profaci, Alisa  (Shift Commander - Large Inst.)

**Comments:** N/A