| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020462 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 18:45 | Confidential: No |
|---|---|---|---|---|

Facility: DCC Delaware Correctional Center         Followup Required: No
Incident Location: Bldg.18 B Tier
Location Description:
Violated Conditions: 1.04/200.209 Damage or Destruction of Property (Over $10)
　　　　　　　　　　1.02/200.201 Assault
　　　　　　　　　　1.06/200.203 Disorderly or Threatening Behavior
　　　　　　　　　　2.06/200.108 Failing to Obey an Order

**Description of Incident:**
On the above date and appoximate time I c o Victor Gonzalez along with Sgt. Harold Terhune responded to B-tier for backup. C O William Terry and C O Samantha Layton were in the process of escorting inmate Frederick Brown (SBI# 00305890) off B tier. I assisted C O Terry and Layton to escort inmate Brown into the barber shop. Inmate Brown was secured in the barber shop. Shortly after within 10 minutes or so there was all kinds of noise coming from the barber shop, inmate Brown was throwing the barber chair, (Stool) around the room. And pieces of the chairs' legs broke off. Sgt. Terhune and c o Terry entered the barber to remove the chair and as c o Terry was exiting the barber inmate Brown shoved c o Terry from behind, this caused c o Terry to be pushed out of the barber shop. Sgt Terhune immediated secured the barber shop door and inmate Brown remained there until the area Lt. arrived.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Frederick, Brown | No | Minor Skin Abrasions. |

Evidence Type: N/A                          Date Collected: N/A
Discovered By: N/A                          Secured By: N/A

Type of Force Used  [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used   : handcuffs
**Immediate Action Taken:**
assisted to secured inmate Brown into the barber shop

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Staff | William, Terry C | N/A | Correctional Officer |
| Staff | Samantha, Layton | N/A | Correctional Officer |
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Frederick, Brown W | 00305890 | N/A |

Reporting Officer: Gonzalez, Victor (Correctional Officer)     Entered By: Gonzalez, Victor (Correctional Officer)

### Approval Information

[X] Approved   [ ] Disapproved   Date: 02/26/2005   Approved by: Profaci, Alisa (Shift Commander - Large Inst.)
Comments: N/A