| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020455 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

**Group#:** 1584    **Type:** Inmate Involved    **Incident Date:** 02/26/2005    **Time:** 18:40    **Confidential:** No

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No
**Incident Location:** Bldg.18 Observation Room
**Location Description:** SHU 18 Observation Room

**Violated Conditions:** 1.02/200.201 Assault
                       1.06/200.203 Disorderly or Threatening Behavior
                       2.06/200.108 Failing to Obey an Order
                       2.03/200.106 Creating a Health, Safety or Fire Hazard

**Description of Incident:**

On the above date and approximate time I, Lt. Michael Welcome, was returning to the SHU from directing central feeding when primary control called me on the radio, and asked me to call 2785 (SHU 18). I called SHU 18, and spoke to Officer William Terry who informed me they placed inmate Fredrick Brown # 00305980 in the observation room because he was being disorderly and disruptive. Officer Terry informed me that Inmate Brown had broken the barbers chair, and that he was swinging it around in the observation room. Officer Terry also told me that the chair had been removed, and that Inmate Brown had struck Officer Terry in the back with either his shoulder or hands when Officer Terry exited the observation room. I notified Unit Manager Rispoli of the above, and we both proceeded to SHU 18. Upon arriving at the observation room I observed what appeared to be a superficial cut to the inside area of Inmate Brown's lower right lip area. I also observed small blood spatters about the walls of the observation room. I asked Inmate Brown how they got there, and he stated, "I spit it there, that's how." I notified Nurse Betty Bryant, and requested she see Inmate Brown. I directed all unit staff who were involved in the incident to submit incident reports. Nurse Bryant examined Inmate Brown's lip, and made the following statements, "It looks like he bit it." "They are just superficial scrapes and cuts. He doesn't need any treatment for that. There's nothing else I can do for him." I obtained a digital camera, and took photos of Inmate Brown's lip, the observation room walls, and the broken foot of the barber's chair. I notified the Shift Commander of all of the above, and Inmate Brown was transferred to SHU 18 C pre-hearing detention status.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** digital photos             **Date Collected:** 02/26/2005
**Discovered By:** Michael, Welcome r        **Secured By:** Alisa, Profaci S/Lt.

**Type of Force Used** [X] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [ ] NONE
**Restraints Used:** handcuffs

**Immediate Action Taken:**
Responded to the scene, notified unit manager Rispoli, notified Shift Commander, Had Inmate seen by medical, use of restraints/force form completed, 404 submitted, directed all staff involved to submit incident reports, photographed Inmate's lip, observation room walls, and broken barber's chair.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | William, Terry C | N/A | Correctional Officer |
| Staff | Samantha, Layton | N/A | Correctional Officer |
| Staff | Michelle, Phillips | N/A | Correctional Officer |
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Betty, Bryant | N/A | Contractors - Medical |
| Staff | Michael, Welcome | N/A | Staff Lt./Lt |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Inmate | Frederick, Brown W | 00305890 | N/A |

**Reporting Officer:** Welcome, Michael (Staff Lt./Lt)      **Entered By:** Welcome, Michael (Staff Lt./Lt)

| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
| --- | --- | --- |
| 1020455 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: 1584 | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 18:40 | Confidential: No |
| --- | --- | --- | --- | --- |

**Approval Information**

[X] Approved  [ ] Disapproved   Date: 02/26/2005   Approved by: Profaci, Alisa   (Shift Commander - Large Inst.)

Comments: N/A