## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 9/26/05 | @ 1950 | | Called by security to assess Pt altercation. Noted to have spots of blood on walls in barber room. Found to be pacing around. Noted three indentions to lower lip right (missing teeth) when pulled down & noted edema facial area R side (space between top teeth middle incisors). No active bleeding. Noted scratches to back of neck. Superficial. Claims predators fingernails. 3rd digit R hand & jagged nail c̄ blood on nail. S/S acute distress. Keep lven and unaltered. Skin warm dry to touch. No alt in skin integrity. Security stressing that Pt must take shower RT body odor. Instructed to put ice to mouth to ↓ edema. Chances and facial area. Areas not bleeding Pt getting ready for shower. Ply Stacy Rt _____ |

NAME—Last: Brown, Frederick  
Record No: 305890  
FCM 002   INTERDISCIPLINARY PROGRESS NOTES — Continued on Reverse