| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
| --- | --- | --- |
| 1020456 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: N/A | Type: FYI | Incident Date: 02/26/2005 | Time: 18:46 | Confidential: No |
| --- | --- | --- | --- | --- |

Facility: DCC Delaware Correctional Center        Followup Required: No
Incident Location: Bldg.18 Observation Room
Location Description:

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**

On 2/26/05 at approx. 1846 in bldg. #20 I (Rispoli) was informed by Lt. Welcome of an incident in bldg. #18. Welcome and I reported to #18 where I observed I/M Brown standing in the observation room. Brown was standing at the door and kicking on it. Browns lip was bleeding and their was blood on the walls and windows of the observation room. Brown was handcuffed in the front. Brown reported that he was running his mouth at the Officers on B tier and he was then handcuffed and punched in the mouth by one of the Officers. Brown reported that he was spitting blood on the walls and he told us to take some pictures. Brown was excited and loud. Brown stated," if he can't take verbal abuse he should'nt work here". At approx. 1900 Nurse Bryant reported to #18 to see I/M Brown. Nurse Bryant said it looked like I/M Brown bit his own lip. No medical treatment necessary. Brown also had fresh scratch marks on his upper back near the back of his neck. Scratches had small amount of blood. I observed Blood under Browns finger nails and on the front of his shirt. Brown said he did not know how the scratches got onto his back. Nurse Bryant departed at approx. 1910. While questioning staff, Officers Layton and Terry reported the following: that Browns hands were cuffed from behind his back and he was removed from B tier for being disruptive. Brown was placed in the observation room and Lt. Welcome was notified. Brown then kicked the barbers chair around in the observation room and he stepped over his handcuffs so that they were now in front of him. When staff entered the observation room to remove the chair Brown had pushed Terry. All staff denied that anyone punched Brown and said that Browns injuries were self inflicted after being put into the observation room. Staff assignments for #18 at this time are as follows: C/O M. Edge and C/O V. Gonzalez on C and D floor, Sgt. H. Terhune on C and D Control, C/O M. Phillips on A and B Control, C/O S. Layton and C/O Wm. Terry on A and B floor. I/M Brown is housed in #18 BL12. Lt. Welcome took several photo's of Browns injuries and the observation room.

| Injured Persons | Hospitalized | Nature Of Injuries |
| --- | --- | --- |
| N/A | N/A | N/A |

| Evidence Type: N/A | Date Collected: N/A |
| --- | --- |
| Discovered By: N/A | Secured By: N/A |

Type of Force Used [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used    : N/A

**Immediate Action Taken:**
I/M Brown referred to disciplinary hearing. Brown transferred to #18 CL9 Isolation on pre-hearing detention.

### Individuals Involved

| Person Code | Name | SBI# | Title |
| --- | --- | --- | --- |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Betty, Bryant | N/A | Contractors - Medical |
| Staff | Michael, Welcome | N/A | Staff Lt./Lt |
| Staff | Samantha, Layton | N/A | Correctional Officer |
| Staff | William, Terry C | N/A | Correctional Officer |
| Staff | Michelle, Phillips | N/A | Correctional Officer |
| Staff | Miles, Edge M Jr | N/A | Correctional Officer |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Frederick, Brown W | 00305890 | N/A |

Reporting Officer: Rispoli, Marcello T (Staff Lt./Lt)        Entered By: Rispoli, Marcello T (Staff Lt./Lt)

| Incident# 1020456 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | Date: 03/09/2006 |

# INCIDENT REPORT

| Group#: N/A | Type: FYI | Incident Date: 02/26/2005 | Time: 18:46 | Confidential: No |

## Approval Information

[X] Approved  [ ] Disapproved   Date: 02/26/2005   Approved by: Profaci, Alisa   (Shift Commander - Large Inst.)

Comments: N/A