| Incident# 1020467 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | Date: 03/09/2006 |
|---|---|---|

## INCIDENT REPORT

| Group#: 1584 | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 23:20 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center  **Followup Required:** No
**Incident Location:** Bldg.18 C Tier
**Location Description:** 18 C lower 9

**Violated Conditions:** Other

**Description of Incident:**
On the above date and approx. during a tier check Sgt.Terhune did discover I/M Brown standing on his toilet with a sheet tied around his neck and said "I going to kill myself!" At this time I/M was ordered to cuff up which he did area LT. notified nurse was notified inmate secured in observation room without further incident.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
area LT. notified nurse notified

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Harold, Terhune W Iii | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Frederick, Brown W | 00305890 | N/A |

**Reporting Officer:** Terhune, Harold W Iii(Co Corporal/Sgt. - Large Inst.)
**Entered By:** Terhune, Harold W Iii(Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 02/27/2005  **Approved by:** Burton, Bruce (Shift Commander - Large Inst.)
**Comments:** N/A