| Incident# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1020468 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: 1584 | Type: Inmate Involved | Incident Date: 02/26/2005 | Time: 23:15 | Confidential: No |
|---|---|---|---|---|

Facility: DCC Delaware Correctional Center   Followup Required: No
Incident Location: Bldg.18 C Tier
Location Description: Cell CL9
Violated Conditions: Other

**Description of Incident:**

On the above date and approximate time, I, Lt. Michael Welcome, Recieved a call that Inmate Frederick Brown # 00305890 housed in cell 18CL9 was making suicide threats. I responded to the unit, and proceeded to cell 18CL9. I observed Inmate Frederick Brown in the process of attaching a bedsheet the vent located above his sink. I ordered the cell door opened, and ordered Inmate Brown to step down from the toilet bowl he was standing on. He complied, and was handcuffed and shackled without incident. Sgt. Terhune was present with me during this operation. I removed the bedsheet from the vent, and handed it to Sgt. Terhune. I directed him to complete a 404, 537, and turn them in to the 12-8 shift commander. Sgt. Terhune, and I then escorted Inmate Brown to the SHU 18 observation room, and placed him in there. I notified Shift Commander, Captain Bruce Burton, and medical staff responded to the scene to see Inmate Brown. Nurse Donna stated there was a medical order in his file for him to be transferred to the infirmary, and she needed to call the doctor to make that happen. At the time this report was submitted 2340 hrs. Inmate Brown was still being held in the SHU 18 observation room.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: bedsheet   Date Collected: 02/26/2005
Discovered By: Harold, Terhune Sgt.   Secured By: Harold, Terhune Sgt.

Type of Force Used  [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used : N/A

**Immediate Action Taken:**
404, submitted, notified shift commander, notified medical, placed inmate in SHU 18 observation room across from medical station pending medical exam and diagnosis.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Michael, Welcome | N/A | Staff Lt./Lt |
| Staff | Harold, Terhune W III | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Frederick, Brown W | 00305890 | N/A |

Reporting Officer: Welcome, Michael (Staff Lt./Lt)   Entered By: Welcome, Michael (Staff Lt./Lt)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 02/27/2005  Approved by: Burton, Bruce (Shift Commander - Large Inst.)
Comments: N/A