

CORRECTIONAL MEDICAL

## INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Brown, Fredrick    NUMBER: 305890

| DATE | TIME | NOTES |
|---|---|---|
| 2/27/04 | 0130 | Received I/M alert c̄ periods of confusion. Reality orientation given — I/M acting in a strange manner — on suicidal observation Level II — skin w/D to touch — poor eye contact — walking/pacing around in room. VS - 136/97 - 97² - 20 - 110  97% O₂ sat on room air in no resp distress. —— Deadle RN |
| 2-28-05 | 0900 | S "I'm not to good." O I/M laying on mattress c̄ paper gown. I/M alert and oriented to person & place. poor eye contact. flat affect. I/M verbalizing suicidal ideations on a daily basis. Bruising noted to left side of face. I/M states he feels safe here in infirmary but not in SHU. A alt in mental status P maintain KOT P. cont. to monitor —— B Paul |
| 3/1/05 | 1600 | Dr. Amady see this shift & NPO. Level II Observation this shift. Denies SI this shift. Will continue c̄ plan of care. Mr. Lionel |
| 3/2/05 |  | pt seen + examined. No complaints  BP = 136/97 on Adm. Pt stable. A/P: 1. SI - MH following  2. GERD - cont. Zantac  3. ↑BP - BPV QID x5d will monitor BP |

MR-1089

# INTERDISCIPLINARY PROGRESS NOTES

NOTES SHOULD BE SIGNED WITH NAME AND TITLE

| DATE | TIME | DISCIPLINE | NOTES |
|---|---|---|---|
| 5/26/05 | 2310 | Nrsg | Lt/CO called nurse to Bldg #18 - I/M attempt to Hang self in cell - earlier in Day I/M attacked a CO - When nurse asked I/M How did he feel he stated "I'm suicidal I want to die +/or hurt myself" - called |
| | 2330 | | Jeromie to report I/M status - call into |
| | 2345 | | Dr Alie +reported to her I/M status for suicide - new orders obtain to admitt to Infirmary for S/I Level II called Nancy RN + Gave report — [signature] |

NAME-Last     First     Middle     Attending Physician     Record No.     Room/Bed

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse