| DR# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1016356 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

## DISCIPLINARY HEARING DECISION

**Inmate:** Brown, Frederick W        **SBI#:** 00305890        **Type:** Class 1

**Institution:** DCC Delaware Correctional Center        **Hearing Date:** 03/09/2005        **Time:** 10:40

**Inmate Present:** Yes        **Reason(If No):** N/A

**Violation:** 1.02/200.201 Assault, 1.04/200.209 Damage or Destruction of Property (Over $10), 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order

**Inmate PLEA:** Not Guilty

**Inmate Statement:** He assaulted me first when I came off tier. He threw me against glass. I did throw chair He grabbed me by the neck and started punching me in face.

**Witness Name:** Edge, Miles
**Testimony:** N/A

**Witness Name:** Gonzalez, Victor
**Testimony:** N/A

**Witness Name:** Terhune, Harold
**Testimony:** N/A

**Decision:** Guilty

**Rational:** Per report inmate found guilty of all charges Inmates cursed staff and shoved a officer. Broke barber shop cair to pieces. 15 day Iso two days complete. Need to serve 13 more days.

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

[X] DO    [ ] DO NOT INTEND TO APPEAL        _____
**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[ ] Inmate does not wish to appeal            [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified              [X] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | | 15 | |

Page 1 of 1

| Disciplinary# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1016356 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit Bldg 23 | | IR#: 1020454 | |
|---|---|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00305890 | Brown, Frederick W | DCC | Bldg.18 B Tier | 02/26/2005 | 18:45 |

**Violations:** 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 1.04/200.209 Damage or Destruction of Property (Over $10), 2.03/200.106 Creating a Health, Safety or Fire Hazard

**Witnesses:** 1. Edge, Miles    2. Gonzalez, Victor    3. Terhune, Harold

### Description of Alleged Violation(s)

On The Above Date And Time, I C/O William Terry, Along With C/O Samantha Layton, Was On B Tier Doing A Phone Punch/ Tier Check. From The Up Stairs Phone I Heard Conversation Coming From Down Stairs. Descending The Stairs I Observed C/O Layton Standing At Lower 12 Talking With I/M Frederick Brown. I Heard C/O Layton Say "No One On This Tier Gets A Phone Call On Saturday, I'M Not Going To Argue With You, I Am Walking Away Now" I/M Brown Then Became Beligerent Yelling "Whats Your Name Bitch? I Know You Won'T Tell Me Your Name Pussy!" I C/O Terry Approached Lower 12 And Told I/M Brown That He Did Not Get A Phone Call Today, And Was Not To Be Disrespectful To Staff And Needed To Stop Being Disruptive. I/M Then Began Kicking The Door And Yelling. C/O Layton Called For Back Up And Sgt Terhune And C/O Gonzalez Responded. I/M Brown Was Ordered To Come To The Door And Cuff Up. I/M Continued Being Hostile Saying "What The Fuck Is This For, I'M Already Under Investigation Mother Fucker". I/M Was Cuffed Behind His Back, Escorted Off The Tier, Placed In The Observation Room And Lt Welcome Was Notified. Before Lt Welcome Arrived In The Building, A Loud Crashing Was Heard From The Observation Room, And I Saw I/M Brown Kicking The Barber Chair To Pieces, Blood Was Coming From His Lip And I/M Was Spitting Blood On The Windows.. Sgt Terhune And I Ordered I/M Brown To Step To The Back Of The Room, Which He Did. Sgt Terhune And Myself Then Entered The Observation Room To Remove The Chair. As We Were Exiting The Room I Felt Myself Being Shoved From The Back. Regaing My Balance And Turning Around I Saw That I/M Brown Had Stepped Thru His Cuffs And Now Had Them In Front. He Said "Thats Right You Stupid Mother Fucker, I'M Already Under Investigation , Get Some More!" And Placed His Hands On My Chest, Shoving Me Back Out The Door. Sgt Terhune Immediately Secured The Door.End Of Report.

**Reporting Officer:** Terry, William C (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Terry, William C -Correctional Officer

Area Lt Notified, I/M Escorted To Observation Room, I/M Seen By Medical

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** [x]    **Disapproved:** [ ]    **Approved By:** Profaci, Alisa (Shift Commander - Large Inst.)
**Comments:** N/A

### Shift Supervisor Details

**Date Received:**    **Time:**    **Received From:** Welcome, Michael

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Profaci, Alisa (Shift Commander - Large Inst.)

| Disciplinary# | DCC Delaware Correctional Center | Date: 03/09/2006 |
|---|---|---|
| 1016356 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit Bldg 23 | IR#: 1020454 |
|---|---|---|

I have received a copy of this notice on **DATE:**_____ **TIME:**_____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____ , **Offender:** _____
Brown, Frederick W