Date 3-27-06

To: Judge Sue L. Robinson
From: Frederick Wade K. Brown
Re: Appointment of Counsel

05-343 (SLR)

Your Honor do to the Circumstances of My Position Within the Facility it is Nearly Imposible to handle Certain aspects of this Case Question witnesses have Certain Reports or documents In my Position and I am Curently in the SNU Thats a tier for inmates with Mental illness; My illness being one of the Considering Factors in my Situation.

I am Respectfully Requesting to be appointed Counsel do to my limitation Mentaly, legally and Phisically. I Curently have a motion Seeking Counsel in but dont know if there are any other Steps I need to take I would greatly apreciate it if you Could Point me in the Right direction



FILED
MAR 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Respectfully
Frederick Wade K. Brown
Frederick Wade K. Brown
Delaware Correctional Center
1181 Paddock Road
Smyrna, Del 19977



WILMINGTON DE 197
28 MAR 2006 PM 1 L

I/M Frederick Wade K. Brown
SBI# 305520   UNIT Bldg 23-D-U-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Judge Sue L. Robinson
U.S. District Court
844 N. King Street Lockbox 18
Wilmington, De. 19801

USMS PAY