### STATE OF DELAWARE
#### DEPARTMENT OF JUSTICE

#### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

March 31, 2006

Clerk of Court
U.S. District Court
844 N. King Street
Wilmington, DE 19801

      Re:  **Frederick Wade K. Brown v. Department of Correction, et al.**
            **C.A. No. 05-343-SLR**

Dear Clerk of Court:

    It has come to my attention that the caption on the above case needs to be revised, and a defendant's name corrected. The defendant's name is *William Terry*, not Terry Williams. (D.I. 41). In addition, Officer Terry is the only defendant left in this case. Should the caption be corrected to reflect that change? Thank you for your assistance with these matters.

                                Very truly yours,

                                  /s/ Lisa Barchi
                                Lisa Barchi, (I.D. #3927)
                                Deputy Attorney General

Xc: Frederick Wade K. Brown