

## STATE OF DELAWARE
**DEPARTMENT OF JUSTICE**

### CARL C. DANBERG
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

March 31, 2006

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

       Re:  <u>**Frederick Wade K. Brown v. Department of Correction, et al.**</u>
              C.A. 05-343-SLR

Dear Judge Robinson:

      Defendants have received Plaintiff's letter motion making another request for the appointment of counsel. There has been no change in circumstances since Defendants filed their Motion to Dismiss and Memorandum of Points and Authorities on March 27, 2006. (D.I. 17, 18). Therefore, Defendants oppose Plaintiff's latest request for the same reasons stated in their Motion to Dismiss. Should Your Honor have any questions or concerns, Counsel is available at Your Honor's convenience.

                        Respectfully Submitted,

                        <u>/s/ Lisa Barchi</u>
                        Lisa Barchi (I.D. #3927)
                        Deputy Attorney General

Xc:  Frederick Wade K. Brown