IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREDERICK WADE K. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-343-SLR |
| | ) |
| WILLIAM TERRY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of January, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 44) is **granted**.

2. Plaintiff's motion for appointment of counsel (D.I. 46) is **denied** as **moot**.

3. The clerk of the court is ordered to enter judgment in favor of defendant and against plaintiff. Plaintiff is not required to pay any previously assessed fees or the remaining balance of the $250.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

United States District Judge