IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREDERICK WADE K. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-343-SLR |
| | ) |
| WILLIAM TERRY, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of January 12, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant William Terry and against plaintiff Frederick Wade K. Brown.

_____
United States District Judge

Dated: January 19, 2007

_____
(By) Deputy Clerk