OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 26, 2007

TO: Delaware Correctional Center
ATTN: Business Office
P.O. Box 500
Smyrna, DE 19977

RE: Return of Check for Inmate Filing Fees,
Check # 16412 Frederick Brown SBI #:305890

Enclosed check, #16412 is being returned by the Clerk's Office without action. It appears that the above referenced check is written off the account of an inmate by the name of Frederick Wade K. Brown. Pursuant to Chief Judge Robinson's Order dated 1-16-07, Mr. Brown is not required to pay any previously assessed fees or the $250.00 filing fee.

A copy of the order is enclosed for your records. We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question, at 302-573-6170.

Sincerely,

Ronald Golden
Deputy Clerk

cc: The Honorable Sue L. Robinson
Financial Administrator
Mr. Frederick Wade K. Brown
Alpha file

*PRISONER LITIGATION LEDGER*

**FREDRICK WADE K. BROWN V. DEPT OF CORRECTIONS ETC**  CASE NAME

CA 05-343-SLR  CASENO
CASE #1  CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE | DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 6/13/2005 | | | | 250 | | | | | 0 |
| 8/9/2005 | PER ORDER SLR | | 250 | 0 | | | | | 0 |
| 9/19/2005 | | | | 250 | | | | | 0 |
| 11/28/2005 | 5100PL | 141313 | 0.91 | 249.09 | | | | | 0 |
| 1/20/2006 | 5100PL | 141983 | 5.09 | 244 | | | | | 0 |
| 2/17/2006 | 5100PL | 142425 | 7.44 | 236.56 | | | | | 0 |
| 3/16/2006 | 5100PL | 142769 | 1.59 | 234.97 | | | | | 0 |
| 5/4/2006 | 5100PL | 143320 | 6.97 | 228 | | | | | 0 |
| 7/27/2006 | 5100PL | 144206 | 0.31 | 227.69 | | | | | 0 |
| 8/15/2006 | 5100PL | 144414 | 4.21 | 223.48 | | | | | 0 |
| 9/15/2006 | 5100PL | 144746 | 13.48 | 210.00 | | | | | 0 |
| 10/25/2006 | 5100PL | 145173 | 8 | 202 | | | | | 0 |
| 12/14/2006 | 5100PL | 145675 | 8 | 194 | | | | | 0 |
| 1/12/2007 | PER ORDER SLR | | 194 | 0 | | | | | 0 |



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREDERICK WADE K. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-343-SLR ) |
| WILLIAM TERRY, | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 12th day of January, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 44) is **granted**.

2. Plaintiff's motion for appointment of counsel (D.I. 46) is **denied** as **moot**.

3. The clerk of the court is ordered to enter judgment in favor of defendant and against plaintiff. Plaintiff is not required to pay any previously assessed fees or the remaining balance of the $250.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

United States District Judge