C.A. # 05-343-SLR
About Document Number: 52

Dear Judge Sue L. Robinson,

I've received a letter from the Clerk of the court on the 12th or 16th of January 2007 with your Signature Name on it Saying that I the Plaintiff is Not required to Pay any of the Remaining assessed fee or the $250.00 filing fee and that the Prison Business office will receive a copy of that order from the Clerk of the court; So how the Prison Business office Removed ten dollar's from my Prison account on January 18th 2007 if the Clerk of the court Sent these people copies of this above Statement from the U.S. District Court with your Signature On it? Your honor I've written Correctional Staff member Stacy Shane; Miss Shane handle's our Prison account statements And work's in the Prison Business office at D.C.C I've Written Miss Shane a letter about this Same issue of the ten dollar's withdraw from my Prison account for legal fee's and the receipt I'm from the Business office transaction Number on that Prison Receipt that was withdrawn from My account and mailed to the U.S. District Court for the Non-Remaining assessed fee or the $250.00 filing fee After they received there U.S. District Court Copies of the Court letting them know ahead of time that I No longer Have it Pay the U.S. District Court any assessed fee's or filing fee's for legal close; and I know that the Prison Business Office received there copies befor I did and they still did it knowing that they are not suppose to do so after receiving this above Statement. the Questions that I would like to know is if this Ten Dollar's come's to the U.S District court would the District Court Send it Back to me? and if not Please Explain

Why.

Signature by
Frederick wade Jr Brown
SBI 305890
Bldg #17-B upper #11

I/M Frederick Scott Rebrew

SBI# 306810   UNIT Bldg #17 B - Upper #11

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal mail only

Clerk
U.S. District Court Box 18
844 N. King Street
Wilmington, Delaware
19801